IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC.,<br>1050 17th St., NW, Suite 500<br>Washington, DC  20036<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE<br>COMPANY,<br>Hartford Plaza<br>Hartford, CT  06115<br><br>    Defendant. | Civil Case No.:_____ |

**NOTICE OF REMOVAL TO THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Defendant, The Hartford Casualty Insurance Company ["The Hartford"], by and through its undersigned counsel, files this Notice of Removal from the Superior Court of the District of Columbia to the United States Court for the District of Columbia, and in support states:

1. Plaintiff filed the present breach of contract action against The Hartford in the Superior Court for the District of Columbia, Civil Action No.: 05ca008097 on or about October 7, 2005.

2. The Hartford was served with the Complaint on October 13, 2005.

3. According to the Complaint, Plaintiff's principal place of business is in Washington D.C. and upon information and belief, Plaintiff is incorporated in the State of Delaware.

4. At all relevant times, The Hartford was and is incorporated under the laws of the state of Connecticut, and its principal place of business is located in Hartford, Connecticut.

5. This Court has jurisdiction pursuant to 28 U.S.C. § 1332. There is true diversity of citizenship among the real parties in interest, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6. One copy of the Complaint is attached as an Exhibit to this Notice of Removal, along with all other pleadings that The Hartford has received to date as required by 28 U.S.C. § 1446(a).

7. Written notice of this Notice of Removal has been given to all parties in this action, and a copy of this Notice has been filed with the Clerk of the Superior Court for the District of Columbia.

8. The Hartford petitions for removal of this action to this Court pursuant to 28 U.S.C. § 1441, *et seq.,* as amended, and requests a waiver of any bond requirements.

Respectfully submitted,

_____
GEORGE E. REEDE, JR., Bar No. 43062
Niles, Barton & Wilmer, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD 21202
Telephone: (410)783-6300
Fax: (410)783-6410
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this  31st  day of  October  2005, a copy of the foregoing Notice of Removal was mailed, first class, postage prepaid, to:

Roy I. Niedermayer, Esquire
Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chtd.
4800 Hampden Ln., 7th Floor
Bethesda, MD  20814
*Attorney for Plaintiff*

GEORGE E. REEDE, JR., Bar No. 43062