IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MDB Communications, Inc. | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 05ca008097 ) Calendar |
| Hartford Casualty Insurance Company | ) Chief Judge King ) Next Event: Initial Conference |
| Defendant. | ) January 13, 2006, 9:30 a.m. ) ) |

**NOTICE AND ACKNOWLEDGMENT OF**
**RECEIPT OF SUMMONS AND COMPLAINT**

TO:   Hartford Casualty Insurance Company, Defendant

The enclosed summons and complaint are served pursuant to Rule 4(c)(2)(C)(i) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated, and returned the form. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

PALEY, ROTHMAN,
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354

This Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on October 11, 2005.

*Roy Niedermayer*

Roy Niedermayer, Esq. DC Bar #180380
Paley, Rothman, Goldstein, Rosenberg,
Eig & Cooper, Chartered
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
(301) 951-4456

October 11, 2005

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I/we received a copy of the Summons and Complaint in the above-captioned matter at _Registered Agent / CT Corporations Systems_ on _October 13_ 2005.

Removal to federal court filed on Nov. 1, 2005. See attached documents and notice.

_Lucinda E. Davis_
Signature

_atty. for Defendant_
Relationship to Entity/Authority
To Receive Service of Process

_October 13, 2005_
Date of Signature