# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MDB COMMUNICATIONS, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| | *     **Civil Case No.:**_____ |
| **v.** | * |
| | * |
| **HARTFORD CASUALTY INSURANCE** | * |
| **COMPANY,** | * |
| | * |
| **Defendant.** | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## CERTIFICATE OF CORPORATE DISCLOSURE PURSUANT TO LOCAL CIVIL RULE 7.1

I, the undersigned and counsel of record for Defendant, The Hartford Casualty Insurance

Company ("The Hartford") certify to the best of my knowledge and belief, that the following are

parent companies, subsidiaries or affiliates of The Hartford which may have outstanding

securities in the hands of the public:

     First State Insurance Company
     First State Pool
     Hartford Accident and Indemnity Company
     Hartford Fire Insurance Company
     Hartford Fire Insurance Company CAB
     Hartford Insurance Company of Illinois
     Hartford Insurance Company of the Midwest
     Hartford Insurance Company of the Southeast
     Hartford Insurance Company (Singapore)
     Hartford Insurance Group
     Hartford Insurance Pool
     Hartford Lloyds Insurance Company
     Hartford Underwriters Insurance Company
     New England Insurance Company
     New England Reinsurance Corporation
     Nutmeg Insurance Company
     Omni Indemnity Company
     Omni Insurance Company
     Omni Insurance Group, Inc.
     Pacific Insurance Company, Ltd

Property and Casualty Insurance Company of Hartford
Sentinel Insurance Company, Ltd
Trumbull Insurance Company
Twin City Fire Insurance Company

These representations are made in order that the judges of this court may determine the needs for

recusal.

Respectfully submitted,


GEORGE E. REEDE, JR., Bar No. 43062
Niles, Barton & Wilmer, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD 21202
Telephone: (410)783-6300
Fax: (410)783-6410
*Attorney for Defendant*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31 day of October 2005, a copy of

the foregoing Certificate of Corporate Disclosure was mailed, first class, postage prepaid, to:

Roy I. Niedermayer, Esquire
Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chtd.
4800 Hampden Ln., 7th Floor
Bethesda, MD 20814
*Attorney for Plaintiff*


GEORGE E. REEDE, JR., Bar No. 43062