## PROOF OF LOSS

(1) <u>Marilyn M. Essex</u>
(Name of Principal)

<u>42 SBA EV9713 DV</u>    <u>MDB Communications, Inc.</u>
(Bond No./Policy No.)    (Name of Insured)

City of Washington
                    ss:
District of Columbia

I, <u>Cary Hatch, President of MDB Communications, Inc.</u>
         (Name &title of party signing Proof of Loss)

hereby certify that (2)<u>MDB Communications, Inc.</u>
                    (Name of Insured)

suffered loss through the dishonesty of (1) <u>Marilyn M. Essex</u>

employed as <u>Bookkeeper</u> and that the amount of money, securities or other covered property

dishonestly misappropriated, amounts to <u>approx. Seventy-six Thousand Eight Hundred Eighty-two and 62/100 dollars</u> ($76,882.62.09);

herein is a detailed statement of said loss, and all sums due or owing said employee, and all other credits, and the balance stated is

the true net loss from (3) <u>July 28, 2004</u>, through <u>March, 2005</u>. I further certify
that this loss was discovered on or about <u>February 7, 2005</u> by <u>Cary Hatch</u> and that the

manner in which the loss occurred is as follows: (4) <u>Insured discovered the loss by review of recent transactions. The loss occurred by the forgery of

authorized signatures on the Insured's corporate checks and a scheme of concealment by the company's bookkeeper.</u>

and that nothing has been suppressed, withheld or misrepresented by me material to a knowledge of the facts of said loss, and that

this statement, including the reverse side of this form and any attachments, is a complete and truthful recital of the facts.

(5) _____Cary Hatch, President_____
       Signature & Title

Sworn to and subscribed before me this 8th day of April, 2005.

Robyn S. Mazer
Notary Public, District of Columbia
My Commission Expires 07-14-2008

_____Robyn Mazer_____
Notary Public – My Commission Expires: 7-14-08

### INSTRUCTIONS FOR MAKING CLAIMS:
Please follow instructions printed on form, to the extent they are applicable to your claim. Fill in <u>all</u> blanks. If you need More room, please use additional sheets of paper. Documentation supporting the claim must be submitted with the Proof.

(1) In the blank(s) that asks for "Name of Principal," [labeled (1)] fill in the names(s) of the involved employee(s).
(2) In the blank after the words "hereby cerfity," enter the name of the insured entity that sustained the loss for which the claim is being made.
(3) In the line mared (3), the first date should be the first instance of dishonesty that resulted in loss, and the second Should be the last instance that resulted in loss.
(4) Description of how the loss was discovered and how the loss occurred.
(5) Signature of the person completing this form. Also, your signature <u>must</u> be properly notarized.

Employee Dishonesty Form
Form FC-34-5, rev. 2/00



THE
HARTFORD



DEFENDANT'S
EXHIBIT
2

| Date | (6)Description of Items(s) Involved in Loss | Amount |
|---|---|---|
| | See attached listing. | |
| | (7)CREDITS<br>$_____<br>    By salary………………………………$_____<br>    By commission………………………..$_____<br>    By cash………………………………..$_____<br>    Other credits (including securities,<br>    **Less Credits**<br>        Notes, offsets, etc.)…….$_____<br>    $_____<br>    Other credits (from third parties)………$_____<br>        Total Credits………$_____<br><br>*Credits applied to pre-July 28, 2003 losses. | Total Loss<br>$76,882.62<br><br><br><br>Less Credits<br>$0.00*<br><br>Net Loss<br>$76,882.62 |

There is no other suretyship, indemnity or insurance under which the above claim, or any portion thereof, is claimable, except the following:

(8)Name of Insurer (Indemnitor)       Kind of Insurance (Indemnity)       Amount of Insurance

                                                                            $_____

_____         _____

**INSTRUCTIONS FOR MAKING CLAIMS:**
(6) Itemize each item of loss, date of loss, and amount of loss. If this is not possible, please enclose an attachment or an explanation.
(7) List all credits against the loss, and subtract the total credits from the total loss then enter the net loss in the space provided. The amount appearing as the net loss should also appear as the amount misappropriated on other side.
(8) Please list any other suretyship, indemnity or insurance that may be applicable to your loss.

**ATTENTION**

(1) Delivery of claim forms, assistance rendered by representatives of this company or the investigation of loss is not a waiver of this company's rights or defenses, nor an admission of liability, and is entirely without prejudice.
(2) Please be advised and take notice that a copy of this Proof of Loss and supporting documentation will be presented to the alleged principal(s) and his/her attorney.