IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

_____I, the undersigned, counsel of record for plaintiff, MDB Communications, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiary or affiliates of MDB Communications which have any outstanding securities in the hands of the public.

NONE.

There representations are made in order that the judges of this Court may determine the need for recusal.

_____

Roy I. Niedermayer, Esq.  Bar 180380
Paley, Rothman, Goldstein, Rosenberg,
Eig & Cooper, Chtd.
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Telephone: (301) 951-4456

Attorney of Record for Plaintiff