IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC., | * |
| | * |
| Plaintiff, | * |
| | *   Civil Case No.:   <u>05-CV-02131-PLF</u> |
| v. | * |
| | * |
| HARTFORD CASUALTY INSURANCE | * |
| COMPANY, | * |
| | * |
| Defendant. | * |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

### LOCAL RULE 16.3 JOINT REPORT and PROPOSED SCHEDULING ORDER

The parties, by their undersigned counsel, have discussed the following issues and submit this Joint Report for Status Conference and proposed Scheduling Order pursuant to Local Rule 16.3 and the Court's notice to counsel, and state:

1.     <u>Disposition of Case by Motion</u>:    The parties believe that, upon completion of some limited discovery as discussed, *infra*, this matter may settle or be resolved by cross-motions for summary judgment involving legal interpretation of the insurance contract between the parties. As noted in the attached proposed Order, the parties request that dispositive motions be filed on or before April 3, 2006.

2.     <u>Joinder of Additional Parties</u>: All the necessary parties are before the Court in this matter and there are no additional parties who need to be joined.

3.     <u>Assignment of Matter to Magistrate Judge</u>:   The parties do not consent to the assignment of this matter to a magistrate judge at this time.

4.     <u>Settlement Possibilities</u>:    After the completion of discovery, the parties will be in a position to evaluate the realistic possibilities of settlement in this matter.

5. <u>Alternative Dispute Resolution</u>:    After the completion of some discovery, the parties will be in a position to evaluate whether the case will benefit from ADR or neutral case evaluation.

6. <u>Stipulation to Dispense with Rule 26 (a)(1) Disclosures</u>:    The parties have engaged in a preliminary exchange of documents and have knowledge of the facts and issues involved in this case.  They therefore stipulate to dispense with the initial disclosures required by Fed. R. Civ. P. 26 (a)(1)

7. <u>Discovery</u>:    The parties believe that discovery can be completed by March 1, 2006 as proposed in the attached agreed Order.

8. <u>Exchange of Expert Reports</u>:  The parties agree that an exchange of expert reports, exclusive of rebuttal expert reports, shall take place by February 1, 2006 and any expert depositions will be completed by March 1, 2006.

9. <u>Bifurcation of Trial and/or Discovery</u>:    Given the limited nature of the issues presented, the parties do not believe that a bifurcation of either discovery or the trial would result in any time savings or real benefit to the Court or the parties.

10. <u>Pre-Trial Conference</u>:    The parties anticipate that dispositive cross-motions may be filed in this matter.  They respectfully request that the Pre-Trial Conference not be set until after the Court has ruled upon dispositive motions which are filed.  As reflected in the attached proposed Order, the parties request that the Court set a deadline of April 3, 2006 for the filing of dispositive motions followed by a date of April 17, 2006 for any oppositions or responses.  Thereafter, the Court may set a date by which the motions will be decided with or without oral argument and, based on that schedule and the outcome of the Court's ruling, set a Pre-Trial Conference date, if necessary.

11.    <u>Trial Date</u>:    The parties request that the Court not set a trial date in this matter until after ruling upon any dispositive motions for the reasons and as described above in Paragraph 9.

12.    <u>Request for Entry of Proposed Order without Scheduling Conference or in the Alternative, Request to Reschedule Scheduling Conference</u>: The parties request that the Court enter the attached agreed Scheduling Order without conducting the Status Conference set for December 7, 2005 or, in the alternative, request that the Court continue the Status Conference to a date after December 16, 2005 due to calendar conflicts that counsel have with the date.

Respectfully submitted,

| | |
|---|---|
| ROY NIEDERMAYER, #180380 | GEORGE E. REEDE, JR., #43062 |
| Paley, Rothman, Goldstein, Rosenberg, | Niles, Barton & Wilmer, LLP |
|    Eig & Cooper, Chtd. | 111 S. Calvert St., Suite 1400 |
| 4800 Hampden Lane, 7th Floor | Baltimore, MD 21202 |
| Bethesda, MD 20814 | Telephone: (410)783-6300 |
| Telephone: (301) 951-4456 | Fax: (410)783-6410 |
| Fax: (301) 654-7354 | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MDB COMMUNICATIONS, INC.,** | * |
| | * |
| Plaintiff, | * |
| | * Civil Case No.: <u>05-CV-02131-PLF</u> |
| v. | * |
| | * |
| **HARTFORD CASUALTY INSURANCE** | * |
| **COMPANY,** | * |
| | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

Upon agreement by the parties and the requests made in their Joint Report pursuant to Local Rule 16.3, it is this _____ day of _____, 2005, hereby,

ORDERED that:

1) The initial disclosures required by Fed. R. Civ. P. 26 (a)(1) shall be waived in this case.

2) Expert disclosures and/or reports, exclusive of rebuttal experts, shall be exchanged by the parties on or before February 1, 2006.

3) All discovery in this matter shall be completed by March 1, 2006 and the parties shall submit a status report to the Court indicating whether they request any ADR procedures, neutral case evaluation, and/or settlement conference with a magistrate judge; and/or whether they intend to file dispositive motions.

4) The parties shall file any dispositive motions with the Court on or before April 3, 2006 and any opposition or reply to a dispositive motion by April 17, 2006.

5)	The Court shall set a pre-trial conference date and a trial date in this matter after ruling on any dispositive motions.


_____
Paul L. Friedman, United States District Judge
United States District Court for the District of Columbia

cc:

Roy Niedermayer, Esquire
Paley, Rothman, Goldstein, Rosenberg,
   Eig & Cooper, Chtd.
4800 Hampden Lane, 7th Floor
Bethesda, MD  20814

George E. Reede, Jr., Esquire
Niles, Barton & Wilmer, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD  21202