UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MDB COMMUNICATIONS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-2131 (PLF) |
| HARTFORD CASUALTY INSURANCE CO., | ) ) ) | |
| Defendant. | ) ) | |

SCHEDULING ORDER

The parties filed their Rule 16.3 Joint Report on November 23, 2005. Based upon the joint report, it is hereby ORDERED that

1.	The meet and confer status conference currently scheduled for December 7, 2005 is CANCELLED.

2.	Any motion to amend the pleadings or join additional parties shall be made by December 28, 2005.

3.	Discovery shall be completed by March 1, 2006. Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

4.	Each party is limited to a maximum of 25 interrogatories to any other party. Responses to all interrogatories are due 30 days after service.

5.	Each party is limited to a maximum of 10 depositions.

6. The parties agree to waive disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

7. Expert disclosures and/or reports, exclusive of rebuttal reports, shall be exchanged by the parties on or before February 1, 2006. Depositions of each party's retained experts shall be completed by March 1, 2006.

8. On or before March 15, 2006, the parties shall file a Joint Status Report indicating whether they request any ADR procedures, neutral case evaluation, and/or settlement conference with a magistrate judge; and/or whether they intend to file dispositive motions.

9. Dispositive motions shall be filed on or before April 3, 2006; opposition briefs are due by April 17, 2006.

10. Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court. If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers. Counsel shall not file a discovery motion without a prior conference with the Court and opposing counsel.

11. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

12. Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. See

LCvR 7. The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: December 7, 2005