# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE | ) |
| COMPANY | ) |
| | ) |
| Defendant. | ) |

## CONSENT MOTION FOR PROTECTIVE ORDER
## AND CONFIDENTIALITY ORDER

The parties, by their undersigned counsel, consent to and move this Court pursuant to Fed. R. Civ. P. 26(c) (7) for the entry of a confidentiality protective order in the form accompanying this Motion and providing that the Social Security numbers and financial information concerning employees of plaintiff in certain documents provided to defendant in discovery will not be revealed or used only in any manner as provide by the proposed order.

Respectfully submitted,

| | |
|---|---|
| Roy Niedermayer, Esq. #180380 | George E. Reede, Jr., Esq. #43062 |
| Paley, Rothman, Goldstein, Rosenberg, | Niles, Barton & Wilmer LLP |
| Eig & Cooper, Chartered | 111 South Calvert Street |
| 4800 Hampden Lane, 7th Floor | Baltimore, MD 21202 |
| Bethesda, MD 20814 | Telephone: (410) 783-6432 |
| Telephone: (301) 951-4456 | |
| | |
| Attorney for Plaintiff | Attorney for Defendant |