**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MDB COMMUNICATIONS, INC.                         )
                                                 )
                          Plaintiff,             )
                                                 )
v.                                               ) Civil No. 05-CV-02131-PLF
                                                 )
HARTFORD CASUALTY INSURANCE COMPANY              )
                                                 )
                          Defendant.             )

**JOINT STATUS REPORT**

Plaintiff, MDB Communications, Inc., by Roy I. Niedermayer and Paley, Rothman,

Goldstein, Rosenberg, Eig & Cooper, Chartered, its attorneys and, Hartford Casualty

Insurance Company, by George E. Reede, Jr., Esq. and Niles, Barton & Wilmer LLP,

its attorneys, submit this Joint Status Report pursuant to the Court's Scheduling Order.

1.      All written discovery by interrogatory and production of documents has

been completed.  The outstanding discovery item is an expert report to be prepared by

Defendant's accounting expert and provided to Plaintiff by March 24, 2006.   Due to

scheduling conflicts and agreement on a protective order for confidentiality, March 13,

2006 was first available date for Defendant's expert to complete review of requested

documents at Plaintiff's office necessary for this report. This production of this discovery

item at that time does not affect any other dates contained in the Scheduling Order.

2.      At this time, the Parties do not mutuall agree on seeking ADR, neutral

case evaluation or a settlement conference with a magistrate judge.  Plaintiff seeks ADR

and its completion before filing dispositive motions.  Defendant reserves the right to

seek ADR after the filing of dispositive motions, but does not agree to or seek ADR

before any filing dispositive motions.

       3.     At this time, but subject to the timing and outcome of any ADR sought by Plaintiff, both parties intend to file cross-dispositive motions in this matter.

       The Parties trust that the Court will inform them should any additional information be required.

Respectfully submitted,


_____
Roy Niedermayer, Esq. #180380
 Paley, Rothman, Goldstein, Rosenberg,
   Eig & Cooper, Chartered
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Telephone: (301) 951-4456

Attorney for Plaintiff

_____
George E. Reede, Jr., Esq. #43062
Niles, Barton & Wilmer LLP
111 South Calvert Street
Baltimore, MD 21202
Telephone: (410) 783-6432

Attorney for Defendant