IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to File First Amended Complaint or, in the Alternative, to Consolidate Cases and any opposition thereto, it is this _____ day of _____, 2006 by the United States District Court for the District of Columbia,

ORDERED that Plaintiff's Motion for Leave to File First Amended Complaint or, in the alternative, to Consolidated Cases be and hereby is GRANTED, and it is further

ORDERED that Plaintiff's First Amended Complaint shall be treated as filed as of the date of this Order.

_____
Paul L. Friedman
United States District Judge


cc:
Roy Niedermayer, Esq.
Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chartered
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814

George E. Reede, Jr., Esq.
Niles, Barton & Wilmer LLP
111 South Calvert Street
Baltimore, MD 21202