IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MDB COMMUNICATIONS, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Case No.: <u>05-CV-02131-PLF</u> |
| v. | * | |
| | * | |
| HARTFORD CASUALTY INSURANCE | * | |
| COMPANY, | * | |
| | * | |
| Defendant. | * | |
| *     *     *     *     *     *     *     *     *     *     *     * | | |

## ORDER

Upon consideration of Defendant Hartford Casualty Insurance Company's Motion for Summary Judgment and any response thereto, it is this _____ day of _____, 2006, hereby

ORDERED, that Defendant's motion is GRANTED; and further

ORDERED that summary judgment shall be entered in favor of Defendant Hartford Casualty Insurance Company.

_____
PAUL L. FRIEDMAN
United States District Judge

cc:

Roy I. Niedermayer, Esquire
Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chtd.
4800 Hampden Ln., 7th Floor
Bethesda, MD  20814

George E. Reede, Jr., Esquire
Niles, Barton & Wilmer, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD  21202