IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MDB COMMUNICATIONS, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Case No.: <u>05-CV-02131-PLF</u> |
| v. | * | |
| | * | |
| HARTFORD CASUALTY INSURANCE | * | |
| COMPANY, | * | |
| | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit A, which is an attachment to with Defendant's Memorandum of Law submitted in support of its Motion for Summary Judgment, filed in this matter, exists only in paper format and is 15 pages or longer. It will be filed with the Clerk's Office in paper format with an accompanying diskette.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Respectfully submitted,

Dated: April 3, 2006

_____/s/_____
GEORGE E. REEDE, JR.
D.C. Bar No. 43062
Niles, Barton & Wilmer, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD  21202
Telephone:  (410)783-6300
Fax:  (410)783-6410
*Attorney for Defendant*

1