

**MATSON, DRISCOLL & DAMICO, LLP**
Certified Public Accountants

11701 BOWMAN GREEN DRIVE
RESTON, VA 20190
703.796.2200 * FAX 703.796.0729
www.mdd.net

A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS

November 18, 2005

Ms. Lucinda E. Davis
Niles, Barton & Wilmer, LLP
111 S. Calvert Street
Suite 1400
Baltimore, Maryland 21202-6185

Re:  **MDB Communications, Inc.**
     Claim No.: YKB FD 04055
     Date of Discovery: February 7, 2005
     Your file No.: 46470-Hart

Dear Ms. Davis:

Per your request, I have reviewed the information and documentation provided during our meeting of November 2, 2005 pertaining to the captioned matter. Based on my initial review of this documentation, I have prepared the following list of comments/thoughts as well as additional information necessary to continue our review of this matter. Please review this information and feel free to contact me directly should you have any questions or concerns.

1. According to the documents, Ms. Marilyn Essex has admitted to a wrongdoing and estimates the total amount of her thefts to be between $100,000 and $200,000.
2. On February 16, 2005, a promissory note was executed for Ms. Essex to pay $225,000 plus 7% interest per annum as restitution for her wrongdoings.
3. According to the documentation, Ms. Essex has given power of attorney to MDB Communications and Cary Hatch (President of MDB Communications) and has liquidated assets; the proceeds from which were paid to MDB Communications:
   - Sale of Ms. Essex's residence: $225,428.64
   - Liquidation of 40(k) funds: $33,532.11
   - Consignment sale of diamond earrings: $2,550
   - Sale of vehicle to CARMAX: $18,000
4. All check copies provided for each policy period sum to $153,857.47 for the period July 28, 2003 through July 28, 2004 and $76,882.62 for the period July 28, 2004 through July 28, 2005. It is important to note that all checks included in the documentation provided support these amounts. There are no additional checks supporting any amounts in addition to those identified above.

**EXHIBIT E**

Atlanta • Boston • Charlotte • Chicago • Dallas • Ft. Lauderdale • Hartford • Houston • London • Los Angeles • 
Orlando • Parsippany • Philadelphia • Portland • St. Louis • San Francisco • Seattle • Toronto • Vancouver • Washington, D.C.



5. All checks provided are made out to Marilyn Essex and are signed by Cary Hatch. It cannot be determined by this writer whether the signature of Cary Hatch has been forged.
6. According to the documentation provided, the restitution amounts which total $279,510.75 are in excess of the total, currently supporting theft of $230,740.09.
7. In a correspondence written by Mr. Roy Niedermayer to Ms. Diane Scott, he references the "total actual losses sustained by the insured….totaled about $658,379.43." There is no support included within the documentation currently provided that sums to that amount.
8. In an effort to support losses sustained by the insured in excess of the amounts identified in Item #4 above, we would like to review additional documentation. This information will include:
   - All checks considered to be a part of this matter (i.e. all forged checks from Ms. Essex).
   - All W-2 statements for Ms. Essex from MDB Communications during her employment.
   - Copy of all payroll checks or direct deposit transactions from MDB Communications to Ms. Essex during her employment.
   - Copy of all expense reports from Ms. Essex and expense reimbursements to Ms. Essex during her employment.
   - Copy of MDB Communications internal audit report pertaining to this matter.
   - What are the separation of duties within the accounting department of MDB Communications (i.e. check writing, bank statement reconciliation, mail receipt/opening, etc.)? What separation of duties has taken place subsequent to the date of discovery of this matter to prevent this type of event from re-occurring?

Again, please review this information and feel free to contact me directly should you have any questions or concerns in this regard. Additionally, please advise as to how you would like me to proceed in this regard.

I thank you for your cooperation with this matter and look forward to working with you throughout its completion.

Sincerely,

*[sent electronically]*

David R. Elmore Jr.