

GLENN M. COOPER
VICTOR J. ROSENBERG*
MARK S. GOLDSTEIN
MARK S. ROTHMAN
STEPHEN H. PALEY
PAULA A. CALIMAFDE
RONALD A. DWECK
ARTHUR H. BLITZ'
ROBERT H. MACLAY
STEVEN A. WIDDES
HOPE B. EASTMAN
WENDELIN I. LIPP*
ALAN S. MARK
DANIEL P. HODIN
ARTHUR G. HOUSE'
ROY I. NIEDERMAYER
DIANE A. FOX
JEFFREY A. KOLENDER

* ALSO ADMITTED IN VIRGINIA
** ALSO ADMITTED IN QUEBEC
* NOT ADMITTED TO DC BAR

**PALEY ROTHMAN**
GOLDSTEIN, ROSENBERG, EIG & COOPER
CHARTERED

ATTORNEYS AT LAW
4800 HAMPDEN LANE, 7TH FLOOR
BETHESDA, MARYLAND 20814-2922
PH 301-656-7603 · FX 301-654-7354

LINDA D. SCHWARTZ
WAYNE D. EIG
MARK A. BINSTOCK
PATRICIA M. WEAVER
ALAN D. EISLER*
DANIEL S. KOCH
KATHLEEN M. DUMAIS
JAMES R. HAMMERSCHMIDT
PAUL G. MARCOTTE, JR.
KATHERINE PALUMBO
DEBORAH A. COHN
NICOLAS S. DUFOUR**
HOWARD B. SOYPHER'
AUBREY L. MOSS
TIFFANY M. TURNER'
HILLARY E. CLARK'
MICHAEL B. BOMBA'

OF COUNSEL
ARNOLD B. SHERMAN

WRITER'S E-MAIL AND DIRECT DIAL

TELEPHONE: 301-951-4456
E-MAIL: rniedermayer@paleyrothman.com

April 11, 2005

The Hartford Casualty Insurance Company
Attn: Diane Scott
Indianapolis Claim Service Center
4040 Vincennes Circle, Suite 600
Indianapolis, IN 46260

**OVERNIGHT COURIER**

RECEIVED
APR 23 2005

Re:   Insured:                        MDB Communications, Inc.

     Spectrum Policy Number:   42 SBA EV9713
     Policy Period:            7/28/03 to 7/28/04

     Spectrum Policy Number:   42 SBA EV9713 DV
     Policy Period:            7/28/04 to 7/28/05

     Consolidated Claim Number:    YKB FD 03998

Dear Ms. Scott:

     This letter constitutes the response of MDB Communications, Inc. as Insured to the requests for Proofs of Loss and the information described in your letter of February 15, 2005. It is also a supplementation to the Insured's claims submitted to Hartford about March 16, 2005.

     Please find accompanying this letter, the following materials and information:

     1.    Two separate and completed Proofs of Loss Forms covering (a) the period of 7/28/03 to 7/28/04 under policies 42 SBA EV9713 and (b) the period of 7/28/04 to 7/28/05 42 SBA EV9713 DV. Attached as part of the Proofs are a schedule listing the forged checks by month, date, and date the forged checks cleared the Insured's bank account. The listed checks make up the component elements of each claims.

EXHIBIT
G

The Hartford Casualty Insurance Company
Attn: Diane Scott
April 11, 2005
Page 2


     2.    Copies of the employment agreement and W-2 of Marilyn M. Essex, the wrongdoer.

     3.    An acknowledgment from Ms. Essex to the Insured admitting responsibility for the acts of employee dishonesty and the commission of the check forgeries. In an earlier discussion with Mr. Wiley of your office, he indicated that the purpose of the correspondence between the Insured (or its counsel) and Ms. Essex as the wrongdoer was to establish the liability of the wrongdoer through admissions. In light of the contents of the accompanying letter, no additional documents establishing liability and responsibility should be necessary and none have been forwarded at this time. The Insured has corresponded with counsel for Ms. Essex through counsel other than the undersigned. If those documents are needed by The Hartford, I will ascertain what exists and produce them, if requested.

     4.    Copies of each of the forged checks listed on the attachments to each Proofs of Loss are included for your review and are attached to the appropriate Proof of Loss form. These checks were drawn on an account at Bank of America, no. 002086828654 as shown on each check.

     5.    Safe Haven Signature Form executed by Cary Hatch, President of the Insured.

     6.    Finally, you letter requests a copy of the police report in this case. The Insured did not receive and does not have a copy of any report at this time. Detective Crowder (Badge # 854) of the Third District of the District of Columbia Metropolitan Police Department investigated the incident and advised the Insured that the matter had been assigned Case #016-757. From this information, a copy of any police reports maybe obtained directly from the Metropolitan Police. The Insured will make this request if The Hartford believes that this would be more expeditious than a direct inquiry from you or if the report can be obtained more rapidly in this manner. Please advise if you wish me to take this action on your behalf or will do so independently.

If there are any other actions you wish the Insured to take or any additional information you request, please communicate with me and I will endeavor to gather and provide the data as soon as possible.

The Hartford Casualty Insurance Company
Attn: Diane Scott
April 11, 2005
Page 3

      The Insured looks forward to a cooperative and expeditious adjustment of this claim.

                      PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG
                      & COOPER, CHTD.

                      By: *Roy Niedermayer*
                          Roy Niedermayer, Esq.

RIN:ab
Encl.
cc:    Ms. Cary Hatch, President, MDB Communications, Inc. (by e-mail)
       Philip A. Gorelick, Esq. (by e-mail)