# THE HARTFORD

May 12, 2005

Paley Rothman
ATTN: Roy Niedermayer
4800 Hampden Lane. 7th Floor
Bethesda, MD 20814-2922

RE:     Insured:      MDB Communications, Inc.
        Claim No.:    YKB FD 03998
        Date of Loss: 2/7/2005 discovery

Dear Mr Niedermayer:

Thank you for your letters of May 5th and 6th, 2005.

It is our understanding that the insured by their prior attorney entered into negotiations and executed an agreement with the principle involving some sort of lien or restitution. We request copies of that correspondence and any agreements, liens or documents executed. We do not have anyone here named Wiley and while establishing liability may be one of the purposes of the correspondence request it is not the sole purpose.

Please also provide copies of any claim forms and correspondence between the insured (or their representative) and the Bank of America regarding this matter.

The amount of coverage available for this loss is $45,000. We refer you to form SS0480(03/00) Crime Common Conditions and Exclusions Form, page 2 of 3:

"A. CRIME COMMON CONDITIONS
   6. Non-Cumulation of Limit of Insurance
      Regardless of the number of years this insurance remains in force or the number of
      premiums paid, no Limit of Insurance cumulates from year to year or period to period."

*Hartford Insurance*
*P.O. Box 68941*
*Indianapolis, IN 46268*
*Telephone 877-230-3084 ext.55044*
*Facsimile 860-723-4348*

EXHIBIT I



Please advise us of the meaning of the statement " Credits applied to pre July, 28 2003 losses" which has been added to the second page of the Proof of Loss form.

We are reviewing and investigating the claim as submiitted and may request further documentation or information as we determine the need.

Thank you for your attention to this matter and should you have any questions please contact the undersigned.

Sincerely,


Diane T. Scott
Property Claim Specialist

*Hartford Insurance*
*P.O. Box 68941*
*Indianapolis, IN 46268*
*Telephone 877-230-3084 ext.55044*
*Facsimile 860-723-4348*