

June 14, 2005

Paley Rothman
ATTN: Roy I Niedermayer
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814-2922

RE:  File Number: YKB FD 04055
     Insured:     MDB Communications
     Date of Loss: 2/7/2005

Dear Mr Niedermayer:

We are in receipt of your letter dated June 10, 2005 with enclosures. We have reviewed the enclosures and note that our policyholder has received restitution in excess of $276,960 from the principle. Since the amounts claimed on two Fidelity Proof of Loss forms submitted totals only $230,740 there does not appear to be a claim.

We would also like to remind you that our letter of May 12, 2005 requested clarification that has not yet been provided.

Please note the claim file number above in all future correspondence.

Thank you for your attention and cooperation in this matter. Also be advised that nothing in this letter can or should be construed as an admission of liability or as a waiver of any of the rights and defenses available to Hartford Insurance Company in connection with this matter.

Very truly yours,
**HARTFORD INSURANCE COMPANY**


Diane Scott
Commercial Property Claims Specialist
Phone: 877-230-3084 ext 55044
Fax:    860-723-4348

**EXHIBIT J**

Hartford Insurance
P.O. Box 68941
Indianapolis, IN 46268