

GLENN M. COOPER
VICTOR J. ROSENBERG*
MARK S. GOLDSTEIN
MARK S. ROTHMAN
STEPHEN H. PALEY
PAULA A. CALIMAFDE
RONALD A. DWECK
ARTHUR H. BLITZ*
ROBERT H. MACLAY
STEVEN A. WIDDES
HOPE B. EASTMAN
WENDELIN I. LIPP*
ALAN S. MARK
DANIEL P. HODIN
ARTHUR G. HOUSE*
ROY I. NIEDERMAYER
DIANE A. FOX
JEFFREY A. KOLENDER

* ALSO ADMITTED IN VIRGINIA
† NOT ADMITTED TO DC BAR
✦ADMITTED IN SOUTH CAROLINA ONLY

ATTORNEYS AT LAW
4800 HAMPDEN LANE, 7TH FLOOR
BETHESDA, MARYLAND 20814-2922
PH 301-656-7603 · FX 301-654-7354

LINDA D. SCHWARTZ
WAYNE D. EIG
MARK A. BINSTOCK
PATRICIA M. WEAVER
ALAN D. EISLER*
DANIEL S. KOCH
KATHLEEN M. DUMAIS
JAMES R. HAMMERSCHMIDT
PAUL G. MARCOTTE, JR.
KATHERINE PALUMBO
DEBORAH A. COHN
HOWARD B. SOYPHER†
AUBREY L. MOSS
HILLARY E. CLARK†
DAVID P. SHAPIRO
BIBI M. BERRY†
MARK B. BARTRAM*
MARIANNE KAYAN
KATHARINE O. PORWICK†

OF COUNSEL
ARNOLD B. SHERMAN

WRITER'S E-MAIL AND DIRECT DIAL

TELEPHONE: 301-951-4456
E-MAIL: rniedermayer@paleyrothman.com

December 21, 2005

Lucinda E. Davis, Esq.
Niles, Barton & Wilmer, LLP
111 S. Calvert Street
Suite 1400
Baltimore, Maryland 21202-6185

Dear Luci:

This letter is in response to the November 18, 2005 letter you forwarded us from David R. Elmore Jr. of Matson, Driscoll & Damico, LLP. Mr. Elmore requested additional documentation for his factual investigation
of MDB Communications, Inc.'s Claim No. YKB FD 04055.

Enclosed you will find the documentation requested, including:

Exhibit 1-  Copies of all forged checks organized by year.

Exhibit 2-  W-2 Statements for Ms. Essex during her employment with MDB Communications, Inc. for the years 2000, 2001, 2003, 2004. A W-2 Statement could not readily be found for the years 1999, 2002, and 2005.

Exhibit 3-  Copies of the missing checks lists that were generated by forensic auditors retained by MDB. The work was completed by two separate professionals. A copy of the resume for Carolyn Carter is attached.

- Dalbert B. Ginsberg,
  Ginsberg & Helfer, PLLC
  1250 Connecticut Avenue, NW, Suite 525
  Washington, D.C. 20036
  (202) 419-1400
  www.ghcpa.net

EXHIBIT K

Lucinda E. Davis, Esq.
December 21, 2005
Page 2

- Carolyn W. Carter
  Financial and Managment Consulting
  1420 Hemingway Court
  Reston, Virginia 20194
  (703) 318-0339

Exhibit 4-   A list of Ms. Essex's duties while she was employed at MDB Communications, Inc.

Mr. Elmore requested a copy of all expense reports Ms. Essex submitted to MDB Communications, Inc., but there are none. He also requested copies of all Ms. Essex payroll checks and/or direct deposit transactions, but those documents are not readily available as MDB has them stored off site. If you would endeavor to explain the relevance of these checks or what Mr. Elmore is looking for in particular, we may be able to supply the information from other sources or documents.

Thank you for forwarding this response and enclosed materials to Mr. Elmore. I look forward to your prompt response so that this claim may be expeditiously processed and adjusted.

Sincerely yours,

Roy J. Niedermayer

RIN/kop
Encl.
cc: Cary Hatch