IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, MDB Communications, Inc., by and through its counsel, Roy I. Niedermayer and Paley, Rothman, Goldstein, Rosenberg, Eig and Cooper, Chartered, moves this Court pursuant to Fed. R. Civ. P. 56 and LCvr 7 (h) for the entry of summary judgment on the issues of (a) the liability of defendant, Hartford Casualty Insurance Company ("Insurance Company") to plaintiff under the coverages of the policies of insurance between the parties requiring payment of losses from employee dishonesty and (b) the amount of damages due plaintiff under the limits of insurance of the policies on the grounds that there exists no genuine issue of any material fact and the plaintiff is entitled to summary judgment as a matter of law on both issues.

Plaintiff submits the accompanying Memorandum of Points and Authorities with Appendix, Affidavit of Cary Hatch, and Statement of Undisputed Material Facts in support of its Motion.

Plaintiff respectfully requests oral argument before the Court on its Motion for Summary Judgment.

                                               PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER, CHTD.

By:                                   
   Roy Niedermayer, Esq. #180380

4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Telephone: (301) 951-4456

Attorney for Plaintiff