IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**ORDER FOR SUMMARY JUDGMENT**

This matter having come before the Court on the Motion of Plaintiff, MDB Communications, Inc., for Summary Judgment, and the Court having considered the evidentiary record and the any opposition of defendant, Hartford Casualty Insurance Company ("Insurance Company"), it is this ____ day of _____, 2006

ORDERED that the Motion of Plaintiff, MDB Communications, Inc., for Summary Judgment and the same is hereby GRANTED on the grounds that there exists no genuine issue of any material fact and the plaintiff is entitled to summary judgment as a matter of law as to any issue of liability or damages; and it is further

ORDERED that summary judgment be entered for plaintiff against defendant on the issues of coverage of the policies of insurance between the parties for payment of payment of losses sustained by plaintiff due to employee dishonesty; and it is further

ORDERED that summary judgment be entered for plaintiff against defendant on damages due plaintiff under the policies in the amount of $_____ under the Policy with a terms of July 28, 2003 to July 28, 2004 and in the amount of

$_____ under the Policy with a terms of July 28, 2004 to July 28, 2005.

                                        Paul L. Friedman, United States District Court Judge

cc:

Roy Niedermayer, Esq.
Paley, Rothman, Goldstein, Rosenberg,
      Eig & Cooper, Chtd.
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814

George E. Reede, Jr.
Lucinda Davis, Esq.
Niles, Barton & Wilmer, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD  21202