# EXHIBIT A
# TO AFFIDAVIT OF CARY HATCH

| Date Cleared | Check # | Amount |
|---|---|---|
| 6/22/1999 | 4169 | 1,225.00 |
| 7/14/1999 | 4202 | 935.80 |
| 8/5/1999 | 4217 | 1,237.10 |
| 8/16/1999 | 4232 | 3,606.06 |
| 9/24/1999 | 4308 | 2,150.50 |
| 10/20/1999 | 4311 | 2,305.00 |
| 11/22/1999 | 4374 | 3,487.68 |
| 11/26/1999 | 4412 | 2,416.80 |
| 11/30/1999 | 4420 | 2,746.88 |
| 12/13/1999 | 4434 | 2,682.50 |
| 12/28/1999 | 4476 | 4,394.97 |
| | **Total** | **27,188.29** |

| Date Cleared | Check # | Amount |
|---|---|---|
| 1/19/2000 | 4518 | 3,899.79 |
| 2/8/2000 | 4529 | 2,963.40 |
| 2/25/2000 | 4553 | 3,334.78 |
| 3/10/2000 | 4569 | 2,556.43 |
| 3/27/2000 | 4571 | 2,432.65 |
| 3/30/2000 | 5077 | 1,886.47 |
| 4/7/2000 | 5093 | 3,559.66 |
| 4/17/2000 | 5106 | 3,564.93 |
| 4/26/2000 | 5107 | 2,867.40 |
| 5/9/2000 | 5160 | 3,899.49 |
| 5/25/2000 | 5216 | 3,811.69 |
| 6/8/2000 | 5265 | 3,773.04 |
| 6/15/2000 | 5287 | 2,854.30 |
| 6/30/2000 | 5329 | 3,224.40 |
| 7/7/2000 | 5350 | 5,387.04 |
| 7/20/2000 | 5399 | 4,176.55 |
| 8/3/2000 | 5417 | 3,689.75 |
| 8/30/2000 | 5468 | 3,890.78 |
| 9/18/2000 | 5493 | 3,843.26 |
| 10/2/2000 | 5534 | 4,834.06 |
| 10/13/2000 | 5556 | 4,245.94 |
| 10/26/2000 | 5588 | 3,634.85 |
| 11/20/2000 | 5611 | 5,456.47 |
| 11/30/2000 | 5653 | 6,615.61 |

Total        90,402.74

| Date Cleared | Check # | Amount |
|---|---|---|
| 1/3/2001 | 5790 | 4,813.78 |
| 1/19/2001 | 5793 | 5,421.10 |
| 2/7/2001 | 5870 | 4,352.26 |
| 2/27/2001 | 5903 | 5,416.76 |
| 3/1/2001 | 5919 | 6,516.68 |
| 3/16/2001 | 5961 | 5,715.45 |
| 3/30/2001 | 5979 | 219.93 |
| 4/2/2001 | 5986 | 4,233.60 |
| 4/17/2001 | 6014 | 3,922.54 |
| 5/3/2001 | 6083 | 3,864.17 |
| 5/25/2001 | 6136 | 4,898.04 |
| 6/6/2001 | 6166 | 3,995.96 |
| 6/27/2001 | 6226 | 3,866.12 |
| 7/5/2001 | 6257 | 3,788.68 |
| 7/27/2001 | 6287 | 4,794.93 |
| 8/13/2001 | 6322 | 4,764.23 |
| 8/24/2001 | 6349 | 4,847.49 |
| 9/10/2001 | 6370 | 4,455.46 |
| 9/27/2001 | 6404 | 5,192.07 |
| 10/5/2001 | 6420 | 4,863.46 |
| 10/30/2001 | 6454 | 4,714.34 |
| 11/9/2001 | 6470 | 4,164.66 |
| 11/29/2001 | 6503 | 3,211.08 |
| 12/10/2001 | 6525 | 3,369.24 |
| **Total** | | **105,402.03** |

| Date Cleared | Check # | Amount |
|---|---|---|
| 1/4/2002 | 6556 | 4,104.10 |
| 1/29/2002 | 6626 | 4,404.44 |
| 2/11/2002 | 6649 | 3,843.40 |
| 3/4/2002 | 6676 | 3,457.73 |
| 3/4/2002 | 6678 | 4,336.10 |
| 3/26/2002 | 6730 | 3,939.02 |
| 3/28/2002 | 6753 | 2,221.37 |
| 4/9/2002 | 6777 | 4,664.50 |
| 4/24/2002 | 6832 | 4,436.32 |
| 4/29/2002 | 6843 | 2,755.10 |
| 5/7/2002 | 6879 | 5,211.50 |
| 5/23/2002 | 6894 | 5,830.10 |
| 5/28/2002 | 6930 | 4,755.40 |
| 6/10/2002 | 6941 | 6,254.15 |
| 6/12/2002 | 6962 | 5,374.50 |
| 6/17/2002 | 6978 | 6,425.15 |
| 6/28/2002 | 7020 | 4,559.42 |
| 7/3/2002 | 7035 | 4,226.16 |
| 7/22/2002 | 7068 | 5,948.95 |
| 8/8/2002 | 7096 | 4,931.14 |
| 8/27/2002 | 7129 | 4,866.19 |
| 9/10/2002 | 7168 | 3,773.27 |
| 10/2/2002 | 7202 | 4,790.57 |
| 10/8/2002 | 7218 | 3,845.10 |
| 10/30/2002 | 7264 | 4,877.15 |
| 11/27/2002 | 7336 | 4,630.80 |
| 12/5/2002 | 7364 | 6,887.85 |
| 12/30/2002 | 7402 | 5,644.16 |
| Total | | 130,993.64 |

In addition, there was a check made payable to Ms. Essex that was in the documentation as follows:

| 1/24/2002 | 6599 | 5,767.09 |
|---|---|---|

| MONTH | CK# | AMOUNT | CLEARED CHECK DATE |
|---|---|---|---|
| JANUARY 2003 | 7453 | 5,544.32 | 01/10 |
| FEBRUARY 2003 | 7489 | 4,623.05 | 02/06 |
| | 7507 | 6,617.19 | 02/28 |
| MARCH 2003 | 7535 | 5,864.43 | 03/13 |
| | 8040 | 4,872.92 | 03/21 |
| APRIL 2003 | 8067 | 4,580.18 | 04/11 |
| | 8116 | 5,970.50 | 04/28 |
| MAY 2003 | 8139 | 5,841.97 | 05/08 |
| | 8171 | 5,850.04 | 05/23 |
| JUNE 2003 | 8176 | 6,760.40 | 06/09 |
| | 8264 | 5,705.31 | 06/27 |
| JULY 2003 | 8265 | 5,655.24 | 07/08 |
| | 8290 | 4,541.10 | 07/29 |
| AUGUST 2003 | 8330 | 4,757.63 | 08/08 |
| | 8347 | 4,255.49 | 08/18 |
| | 8351 | 3,369.49 | 08/27 |
| SEPTEMBER 2003 | 8484 | 5,920.82 | 09/26 |
| | 8395 | 4,114.61 | 09/10 |
| | 8520 | 3,455.10 | 10/20 |
| OCTOBER 2003 | 8501 | 3,679.84 | 10/07 |
| | 8549 | 4,397.84 | 10/27 |
| | 8606 | 4,313.31 | 11/10 |
| NOVEMBER 2003 | 8637 | 6,493.74 | 11/24 |
| | 8649 | 3,565.10 | 11/28 |
| | 8661 | 4,255.00 | 12/18 |
| DECEMBER 2003 | 8718 | 6,813.86 | 12/31 |

131,818.48

MDB CORPORATION

MISSING RETURNED CHECK LIST

| MONTH | CK# | AMOUNT | CLEAREI CHECK DA |
|---|---|---|---|
| JANUARY 2004 | 8751 | 3,957.45 | 01/08 |
| | 8766 | 6,294.24 | 01/23 |
| FEBRUARY 2004 | 8788 | 5,687.95 | 02/04 |
| | 8817 | 5,382.11 | 02/10 |
| | 8822 | 3,482.22 | 02/17 |
| | 8861 | 4,915.15 | 02/26 |
| MARCH 2004 | 8975 | 3,400.36 | 03/29 |
| | 8897 | 4,676.14 | 03/08 |
| | 8903 | 3,844.10 | 03/11 |
| APRIL 2004 | 8992 | 4,733.10 | 04/16 |
| | 8999 | 3,910.00 | 04/19 |
| | 9031 | 5,693.32 | 04/29 |
| MAY 2004 | 9070 | 4,119.49 | 05/06 |
| | 9079 | 3,455.10 | 05/17 |
| | 9113 | 5,560.55 | 05/28 |
| JUNE 2004 | 9126 | 5,384.14 | 06/10 |
| | 9175 | 4,178.46 | 06/18 |
| JULY 2004 | 9181 | 5,795.57 | 07/01 |
| | 9265 | 5,455.09 | 07/20 |
| AUGUST 2004 | 9293 | 3,914.58 | 08/02 |
| | 9358 | 3,968.76 | 08/20 |
| SEPTEMBER 2004 | 9367 | 4,911.15 | 09/07 |
| | 9425 | 6,787.88 | 09/24 |
| OCTOBER 2004 | 9485 | 4,573.68 | 10/25 |
| | 9458 | 4,757.55 | 10/07 |
| NOVEMBER 2004 | 9523 | 3,953.07 | 11/01 |
| | 9545 | 4,578.10 | 11/03 |
| | 9557 | 4,654.14 | 11/12 |
| | 9598 | 5,774.10 | 11/24 |
| DECEMBER 2004 | 9603 | 3,654.19 | 12/06 |
| | 9642 | 3,760.10 | 12/10 |
| TOTAL | | 145,211.84 | |

MDB CORPORATION

MISSING RETURNED CHECK LIST

- 2 -

# EXHIBIT B
# TO AFFIDAVIT OF CARY HATCH

**Bank of America.**

CS AM NUMBER (for Bank use only):

09Feb2005-367471

**Affidavit of Claima**

MDB COMMUNICATIONS, INC.

| CLAIMANT'S NAME (LAST, FIRST, MI) | ACCOUNT NUMBER (Including Zeros) | DATE |
|---|---|---|
| HATCH, CARY, C. | 002086828654 | 2/17/05 |

| ☒ Signature Forged | ☐ Endorsement Forged | ☐ Counterfeit Item(s) | ☐ Other |
|---|---|---|---|
| My signature on the face of the item(s) described below is a forgery. I did not sign the item(s) and I did not authorize the signature | My endorsement on the reverse of the item(s) described below is a forgery, missing, or not as drawn. I did not sign the item(s) and I did not authorize the signature. | The item(s) are an imitation of one drawn on my account. I did not create, authorize the creation, or sign the item(s). | *(Please describe below)* |

**Describe the fraudulent item(s) below:**

| Check #: | Amount: | Check Date | Payable to (Payee): |
|---|---|---|---|
| 09743 | $ 7,546.15 | 1/3/05 | Marilyn Essex |
| 09764 | $ 4,976.10 | 1/13/05 | Marilyn Essex |
| 09791 | $ 5,395.97 | 1/21/05 | Marilyn Essex |
| 09834 | $ 3,677.10 | 2/1/05 | Marilyn Essex |
| Check #: | $ | Check Date | Payable to (Payee): |

**I declare the following:**

- I did not receive any benefit or value from the proceeds of the fraudulent item(s), and no proceeds were applied any use or purpose on my behalf.
- I have not arranged with the person(s) who misused the fraudulent item(s) to be reimbursed from any of the proceeds of the fraudulent item(s).
- I agree to testify or certify to the truth of all applicable statements in this affidavit before any judge, officer of a court, or other person, in any case now pending or which may occur regarding this affidavit.

**I declare under penalty of perjury that the foregoing is correct.**

| CLAIMANT'S SIGNATURE (maker): | (Optional ☐ Mr. ☐ Mrs. ☒ Ms. ☐ Miss) | DATE: |
|---|---|---|
| X *Cary Hatch* | | 2/17/05 |

| DAY PHONE NUMBER: | EVENING PHONE NUMBER: |
|---|---|
| ( 202 ) 728 -0132 | ( 301 ) 330-9664 |

**In addition to the claimant's signature, the payee must sign below** *(forged, missing or "not as drawn" endorseme laims only):*

| PAYEE'S/ENDORSER'S SIGNATURE (if necessary): | (Optional ☐ Mr. ☐ Mrs. ☐ Ms. ☒ Miss) |
|---|---|
| X | N/A |

95-16-2426B  05-2002          ORIGINAL: Bank          DUPLICATE: Customer