IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION FOR ACCEPTANCE OF DELAYED ELECTRONIC FILING OF PLAINTIFF'S SUMMARY JUDGMENT AND APPENDIX DUE TO WEATHER AND INTERNET TRANSMISSION INTERFERENCE**

Plaintiff, MDB Communications, Inc., by and through its counsel, Roy I. Niedermayer and Paley, Rothman, Goldstein, Rosenberg, Eig and Cooper, Chartered, and with the consent obtained from defendant, Hartford Casualty Insurance Company, by Lucinda Davis, Niles and Barton & Wilmer, LLP, moves this Court to accept the filing of plaintiff's Motion for Summary Judgment and accompanying Statement of Undisputed Material Facts, Memorandum in Support of the Motion for Summary Judgment, Appendix, and Affidavit with Exhibits for filing as timely due to electronic transmission problems experienced by plaintiff. The grounds of this Motion are as follows:

1. On the evening of Monday, April 3, 2006, the Bethesda area suffered a severe electrical and thunderstorm which interrupted the office computer and Internet connection of plaintiff's counsel.

2. Plaintiff's Internet connection necessary for ECF filing was restored sometime between 10:30 p.m. and midnight on April 3, 2006.

3. Counsel for plaintiff twice attempted to make the ECF filing of plaintiff's Motion for Summary Judgment and accompanying Statement of Undisputed Material Facts, Summary Judgment Order, Affidavit with Exhibits, and Appendix. On the second attempt, the computer of plaintiff's counsel indicated successful transmission to the Court, but no confirmatory email was received back from the Court.

4. Counsel for plaintiff then send a regular email to the clerk of the court at dcd_cmec@dcd.uscourts.gov with the pleadings plaintiff had attempted to file as confirmatory of plaintiff's efforts to make the timely filing on April 3, 2006 attached. April 3, 2006 was the deadline set by the Court for filing of dispositive motions. This email was rejected as not deliverable.

5. Thereafter, plaintiff again sent its pleadings, this time without attachment of the Appendix. The Appendix consisted of over 41 MB broken down into individual documents of 2MB or less as the clerk of court advised was required by the ECF system for acceptance.

6. Plaintiff's Appendix consisted of copies of the relevant insurance policies. Defendant advised plaintiff that it had filed a copy of the insurance policy as an exhibit with its Motion for Summary Judgment. Another copy of plaintiff's Appendix accompanies this Motion and is necessary for the Court's reference to the citations in the plaintiff's Memorandum in Support of the Motion for Summary Judgment.

6. On the renewed attempt, the filing of the pleadings were accepted at 00:01 a.m. on April 4, or <u>1 second</u> after the end of April 3, 2006.

7. The failure to file its pleadings was attempted timely, made in good faith to comply with the Court's order, and failed without fault by plaintiff.

-2-

8.      Defendant will suffer no prejudice by the 1 second late filing because all fillings were be received by it in the next business day on April 4, 2006 when it would have been firs reviewed if filed at 11:30 p.m.

WHEREFORE, plaintiff prays that the Court the ECF filings of plaintiff's Motion for Summary Judgment and accompanying Statement of Undisputed Material Facts, Memorandum in Support of the Motion for Summary Judgment, and Affidavit with Exhibits made at 00:1 a.m., April 4, 2006 and plaintiff's Appendix attached to this Motion shall be accepted as timely filed.

> PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER, CHTD.
>
> By:_____
>    Roy Niedermayer, Esq. #180380
>
> 4800 Hampden Lane, 7th Floor
> Bethesda, MD 20814
> Telephone: (301) 951-4456
>
> Attorney for Plaintiff