IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**ORDER FOR ACCEPTANCE OF DELAYED ELECTRONIC FILING OF PLAINTIFF'S SUMMARY JUDGMENT AND APPENDIX DUE TO WEATHER AND INTERNET TRANSMISSION INTERFERENCE**

This matter having come before the Court on the Motion for Acceptance of Delayed Electronic Filing of Plaintiff's Summary Judgment and Appendix Due to Weather and Internet Transmission Interference, and defendant's consent thereto, it is this _____ day of _____, 2006

ORDERED that the Motion for Acceptance of Delayed Electronic Filing of Plaintiff's Summary Judgment and Appendix Due to Weather and Internet Transmission Interference be and the same is hereby GRANTED; and it is further

ORDERED that the ECF filings of plaintiff's Motion for Summary Judgment and accompanying Statement of Undisputed Material Facts, Memorandum in Support of the Motion for Summary Judgment, and Affidavit with Exhibits filed at 00:01 a.m., April 4,

2006 and plaintiff's Appendix attached to its Motion shall be accepted as timely filed in accordance with the Court's Scheduling Order in this case.

                                                      Paul L. Friedman
                                                      United States District Court Judge

cc:

Roy Niedermayer, Esq.
Paley, Rothman, Goldstein, Rosenberg,
      Eig & Cooper, Chtd.
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814

George E. Reede, Jr.
Lucinda Davis, Esq.
Niles, Barton & Wilmer, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD  21202