**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING OF LENGTHY APPENDIX
AS ATTACHMENT TO MEMORANDUM**

_____Plaintiff's Appendix, which is an attachment to its Memorandum in Support of Plaintiff's Motion for Summary Judgment and its Consent Motion for Acceptance of Delayed Electronic Filing of Plaintiff's Summary Judgment and Appendix Due to Weather and Internet Transmission Interference exists only in paper format and is longer than fifteen pages or, if scanned will be larger than 2 MB.  It was unable to be transmitted electronically through the ECF system due to size or other problems. It will be filed with the Clerk's Office in paper format and electronic .pdf form on a compact disk.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER, CHTD.

By: _____
   Roy Niedermayer, Esq. #180380

4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Telephone: (301) 951-4456

Attorney for Plaintiff
