IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION OF PLAINTIFF FOR MODIFICATION OF SCHEDULING ORDER AND EXTENSION OF TIME WITHIN WHICH TO FILE OPPOSITION BRIEFS TO MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff, MDB Communications, Inc., by and through its counsel, Roy I. Niedermayer and Paley, Rothman, Goldstein, Rosenberg, Eig and Cooper, Chartered, and with the consent obtained from defendant, Hartford Casualty Insurance Company, by Lucinda Davis, Niles and Barton & Wilmer, LLP, moves this Court pursuant to Fed. R. Civ. Pro. 6(b) and LCvR 16.4 to modify the Court's Scheduling Order of December 7, 2005 by extending the time within which the parties may file their opposition briefs to the other party's motion for summary judgment from April 17, 2006 to April 21, 2006. The grounds of this Motion are as follows:

1. The Court's Scheduling Order of December 7, 2006 set April 3, 2006 for the filing of dispositive motions with a date of April 17, 2006 for opposition briefs.

2. Each of the parties filed a motion for summary judgment on April 3, 2006 which, based on the issues raised, would likely dispose of all issues in the case without trial.

3. The evenings of April 12 and April 13, 2006 are the first two evenings of the Jewish holiday of Passover and involve family religious observations those evenings which counsel for plaintiff planned to spend with his children and extended family in New York.

4. Attendance at the Passover seders requires travel to New York and returning on Friday, April 14, 2006, making counsel substantially unable to work on the plaintiff's opposition to the defendant's motion for summary judgment.

5. The undersigned counsel is the primary counsel for plaintiff supervising a junior associate.

6. Other experienced members of his firm are not familiar enough with the facts and legal issues to substitute for him and the junior associate is not available due to preparation for the filing of motions for temporary restraining order and preliminary injunction in another case which arose during the period of preparation of plaintiff's opposition brief.

7. Sunday, April 16, 2006, is Easter Sunday and counsel's associate assisting him in his absence is not available.

8. Counsel for plaintiff did not anticipate the interference of another matter with shortened deadlines requiring his attention and his associate's involvement.

9. Extension of the filing deadline for the opposition briefs of the parties will not affect and event in the case because there is no trial date or subsequent event after the filing of dispositive motions set by the Court's Scheduling Order.

10. The additional four days requested by counsel will allow for preparation of an opposition by each party offering more assistance to the Court on the issues and

accommodate counsel's personal arrangements regarding Passover and Easter Sunday.

11.    Defendant will not suffer any prejudice and will be accorded the same extension of time for its opposition.

WHEREFORE, plaintiff prays that the Court modify its December 7, 2006 Scheduling Order by extending the date for filing of opposition briefs to pending motions for summary judgment from April 17, 2006 to April 21, 2006.

                                    PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER, CHTD.

                                    By:_____
                                        Roy Niedermayer, Esq. #180380

                                  4800 Hampden Lane, 7th Floor
                                  Bethesda, MD 20814
                                  Telephone: (301) 951-4456

                                  Attorney for Plaintiff