**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**ORDER FOR MODIFICATION OF SCHEDULING ORDER AND**
**EXTENSION OF TIME WITHIN WHICH TO FILE**
**OPPOSITION BRIEFS TO MOTIONS FOR SUMMARY JUDGMENT**

This matter having come before the Court on the Consent Motion of Plaintiff for Modification of SCHEDULING Order and Extension of Time Within Which to File Opposition Briefs to Motions for Summary Judgment, and with defendant's consent thereto, it is this _____ day of _____, 2006

ORDERED that the Consent Motion of Plaintiff for Modification of SCHEDULING Order and Extension of Time Within Which to File Opposition Briefs to Motions for Summary Judgment be and the same is hereby GRANTED; and it is further

ORDERED that the Court's Scheduling Order of December 7, 2006 be modified to extend the deadline of April 17, 2006 for filing of plaintiff's and defendant's briefs in opposition to the other party's pending Motion for Summary Judgment to April 21, 2006.

_____
Paul L. Friedman
United States District Court Judge