### Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA
 2   _____
                              :
 3   MDB COMMUNICATIONS, INC.,  :
                              :
 4       Plaintiff,             :
                              :
 5   v.                         :   Civil Case No.
                              :   05-CV-02131-PLF
 6   HARTFORD CASUALTY INSURANCE :
     COMPANY,                   :
 7                              :
         Defendant.              :
 8   _____:
 9
10         Corporate Deposition of
11         MDB COMMUNICATIONS, INC.
12       By and Through its Corporate Designee
13              CARY HATCH
14            Bethesda, Maryland
15         Tuesday, February 28, 2006
16                9:25 a.m.
17
18   Job No: 1-73645
19   Pages 1 - 98
20   Reported by: Peggy L. Dingle
```

### Page 2

```
 1       Corporate deposition of MDB COMMUNICATIONS,
 2   INC., by and through its corporate designee CARY HATCH,
 3   held at the law offices of:
 4
 5       PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG,
 6          EIG & COOPER, CHARTERED
 7       4800 Hampden Lane
 8       Seventh Floor
 9       Bethesda, Maryland  20814
10       (301) 921-0530
11
12
13
14       Pursuant to agreement, before Peggy L. Dingle,
15   Notary Public of the State of Maryland.
```

### Page 3

```
 1               APPEARANCES
 2   ON BEHALF OF PLAINTIFF:
 3       KATHARINE O. PORWICK, ESQUIRE
 4       Paley, Rothman, Goldstein, Rosenberg,
 5         Eig & Cooper, Chartered
 6       4800 Hampden Lane
 7       Seventh Floor
 8       Bethesda, Maryland  20814
 9       (301) 921-0530
10
11                ORIGINAL
12
13   ON BEHALF OF DEFENDANT:
14       LUCINDA E. DAVIS, ESQUIRE
15       Niles, Barton & Wilmer, LLP
16       111 South Calvert Street
17       Suite 1400
18       Baltimore, Maryland  21202
19       (410) 783-6300
20
21       ALSO PRESENT:  David Elmore
```

### Page 4

```
 1               CONTENTS
 2   EXAMINATION OF CARY HATCH            PAGE
 3       By Ms. Davis           5
 4
 5
 6
 7               EXHIBITS
 8        (Attached to the Transcript)
 9   HATCH DEPOSITION EXHIBIT              PAGE
10    1  Notice of deposition       5
11    2  Duties of Ms. Essex        8
12    3  2/8/05 handwritten note    49
13    4  Missing check list        66
14    5  Check images              66
15    6  Proof of loss             77
16    7  Proof of loss             77
```

EXHIBIT A

**Page 81**

1  other than with The Hartford in regards to insurance
2  coverage or potential coverage for this matter?
3     A   Can you restate that? I am sorry.
4     Q   Yes. Is it your understanding that MDB
5  Communications has only filed a claim with The Hartford
6  for losses from 2003 through 2005 related to this theft?
7     A   That is my understanding.
8     Q   Okay. And that no other claim has been filed
9  with any insurer for losses occurring prior to July 28th,
10 2003?
11    A   No, not at this point.
12    Q   Okay. Does MDB have any plans to file a claim
13 with the prior insurer?
14    A   Not at this time.
15    Q   Okay. Is there any piece of information that
16 MDB is waiting for in regards to making a decision about
17 filing a claim with another insurer?
18    A   Not that I am aware of today.
19    Q   Okay. In regards to the moneys received from
20 Miss Essex, how -- how were those restitution amounts
21 received? What form were those restitution amounts in to
22 MDB?

**Page 82**

1     A   Describe form.
2     Q   I mean, were they checks, wires, cash? How --
3  what kind of -- how did -- what sort of -- what sort of
4  form did the restitution take?
5     A   They were wires and a check or checks.
6     Q   And what -- what was done with the restitution
7  money received?
8     A   It was deposited into the company account.
9     Q   Is that the operating account?
10    A   I believe so.
11    Q   And who made the decision about where the money
12 should be deposited?
13    A   Carolyn Carter made the recommendation and I
14 agreed with the recommendation.
15    Q   And did she just recommend that the restitution
16 money go into the operating account or did she make other
17 recommendations in regards to the restitution?
18    A   I believe she -- I believe she recommended that
19 it be deposited into the operating account.
20    Q   Did she tell you why?
21    A   No.
22    Q   Or the reason for her recommendation?

**Page 83**

1     A   I knew the reason for her recommendation.
2  That's the general operating fund of the company and, if
3  we so chose, at any subsequent time we could transfer
4  funds to money market or otherwise.
5     Q   In regards to the theft by Miss Essex, other
6  than yourself and Gary Duke who you mentioned earlier, is
7  there anyone else at MDB who is aware of the theft or who
8  has knowledge concerning the theft?
9     A   Within MDB?
10    Q   Yes.
11    A   Gary Duke has limited knowledge of which I have
12 already shared with you. Other employees were made aware
13 that she is no longer with the firm. HR rules preclude
14 you from really sharing a lot of information with other
15 employees. Other than that, I mean, there is outside
16 counsel and my management advisor. Other than that, not
17 really.
18    Q   Who -- who is your management advisor?
19    A   Karen Kennedy.
20    Q   And what sort of management advice does she
21 provide for MDB?
22    A   She is a former owner of a -- what was a

**Page 84**

1  well-established advertising agency who successfully sold
2  her company. She provides management advice on everything
3  from new business pitches to human resource management to
4  just a number of issues.
5     Q   Okay.
6     A   I do want to add that I did tell the senior
7  management team that Marilyn had embezzled money. No
8  numbers, no detail, no nothing.
9     Q   Okay. Approximately how many people are on the
10 senior management team?
11    A   Six.
12    Q   And how many employees does MDB Communications
13 have currently?
14    A   About 20.
15    Q   Okay. And is that bigger than it was in 1999?
16    A   Oh, yes.
17    Q   What -- how -- approximately how many employees
18 were there in 1999?
19    A   Gosh, I would be guessing.
20    Q   Under 20?
21    A   Under 20.
22    Q   Okay. Does MDB have a board of directors or a