IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MDB COMMUNICATIONS, INC.         )
                                 )
            Plaintiff,            )
                                 )
v.                               ) Civil No. 05-CV-02131-PLF
                                 )
HARTFORD CASUALTY INSURANCE COMPANY )
                                 )
            Defendant.            )

### AFFIDAVIT OF ROY I. NIEDERMAYER IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1. My name is Roy I. Niedermayer. I am the attorney for MDB Communications, Inc. ("MDB") in this case and have been involved since February, 2005 in the matters arising out of the claims against Hartford Casualty Insurance Company under policies of insurance for MDB providing coverage for the fraudulent diversion of money from MDB by Marilyn Essex, an employee of MDB, by means of a series of forged checks drawn on MDB's accounts by the employee.

2. I am over eighteen years of age and competent to testify to the facts contained in this affidavit which are true and are based on my personal knowledge.

3. The attached Exhibits 1-2, 4-5, 7-8, 10, 12-14, and 18 are authentic, genuine and accurate copies of letters or e-mail communications I sent to the addressees and who were the representatives or attorneys of Hartford Casualty Insurance Company. These Exhibits deal with MDB's claim in this matter.

4. The attachments or enclosures referred to in any of Exhibits 1-2, 4-5, 7-8, 10, 12-14, and 18 were included as part of the communication as sent.

PALEY, ROTHMAN,
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354

5.  The attached Exhibits 3, 6, 9, 11, and 15 are authentic, genuine and accurate copies of letters or e-mail communications I received from the authors and who were the representatives or attorneys of Hartford Casualty Insurance Company.

6.  The attached Exhibits 16-17 and 19 are authentic, genuine and accurate copies of chronological series of emails I received from authors and I sent to addressees who were the representatives or attorneys of Hartford Casualty Insurance Company.

7.  The factual contents of Exhibits 1-2, 4-5, 7-8, 10, 12-14, and 18 are true.

8.  The factual contents of Exhibits 16-17 and 19 authored by me are true.

I hereby swear or affirm under the penalties of perjury in accordance with the requirements of 28 U.S.C. §1746 that the foregoing statements are true.

*Roy I. Niedermayer* (signature)

Roy I. Niedermayer