# EXHIBIT 7 TO AFFIDAVIT OF ROY I. NIEDERMAYER



GLENN M. COOPER
VICTOR J. ROSENBERG*
MARK S. GOLDSTEIN
MARK S. ROTHMAN
STEPHEN H. PALEY
PAULA A. CALIMAFDE
RONALD A. DWECK
ARTHUR H. BLITZ*
ROBERT H. MACLAY
STEVEN A. WIDDES
HOPE B. EASTMAN
WENDELIN I. LIPP*
ALAN S. MARK
DANIEL P. HODIN
ARTHUR G. HOUSE*
ROY I. NIEDERMAYER
DIANE A. FOX
JEFFREY A. KOLENDER

*ALSO ADMITTED IN VIRGINIA
**ALSO ADMITTED IN QUEBEC
† NOT ADMITTED TO DC BAR

ATTORNEYS AT LAW
4800 HAMPDEN LANE, 7TH FLOOR
BETHESDA, MARYLAND 20814-2922
PH 301-656-7603 · FX 301-654-0165

LINDA D. SCHWARTZ
WAYNE D. EIG
MARK A. BINSTOCK
PATRICIA M. WEAVER
ALAN D. EISLER*
DANIEL S. KOCH
KATHLEEN M. DUMAIS
JAMES R. HAMMERSCHMIDT
PAUL G. MARCOTTE, JR.
KATHERINE PALUMBO
DEBORAH A. COHN
NICOLAS S. DUFOUR**
HOWARD B. SOYPHER†
AUBREY L. MOSS
HILLARY E. CLARK†
DAVID P. SHAPIRO

OF COUNSEL
ARNOLD B. SHERMAN

WRITER'S E-MAIL AND DIRECT DIAL

TELEPHONE: 301-951-4456
E-MAIL: rniedermayer@paleyrothman.com

May 16, 2005

Ms. Diane Scott, Property Claim Specialist
The Hartford Casualty Insurance Company
P.O. Box 68941
Indianapolis, IN 46268

Re: Insured:  MDB Communications, Inc.
    Consolidated Claim Number:  YKB FD 03998

Dear Ms. Scott:

I have conducted further investigation concerning written or e-mail correspondence between Essex, the wrongdoer, and the company regarding any matter dealing with the bank account, checks or check writing, or actions involving the forgeries after my last letter.

I now understand that Essex retained a lawyer who had communications with counsel for the Insured other than myself. These communications took place after discovery of the wrongdoing and the admission signed by Essex previously forwarded to you. The communications were not directly with officers of the Insured.

I have not seen these documents myself. However, because they involve communications between other counsel for the Insured and the wrongdoer's lawyer which took place after the events and the wrongdoer's engagement of a lawyer, I highly suspect they do not address responsibility or admissions about the events, or other matters bearing on the dishonesty.

Ms. Diane Scott, Property Claim Specialist
The Hartford Casualty Insurance Company
May 16, 2005
Page 2

  Please advise me how you wish to proceed regarding these matters. I would also appreciate it if you also advise me of the current status of the adjustment of my client's claim?

            Sincerely yours,

            Roy I. Niedermayer

RN:ab