# EXHIBIT 12 TO AFFIDAVIT OF ROY I. NIEDERMAYER

# Roy Niedermayer

**From:** Roy Niedermayer
**Sent:** Friday, September 02, 2005 4:13 PM
**To:** 'ledavis@niles-law.com'
**Cc:** 'Cary Hatch'
**Subject:** MDB Communications claim

Dear Lucy:

I will formally respond to your letter of August 11, 2005 about a resubmission of MDB's claim. For purposes of a further review, please deem the original proofs of loss as amended by additional data that I will provide as the renewed proofs of loss.

With regard to the additional information you seek, here is my informal response:

Bank Statements. These are in storage. Production is time consuming and costly. Nevertheless, MDB will be provided for review at our place of business upon 2 days notice that you or someone you send will review them.

Essex's personnel file. I will subsequently send you the contents of her file.

Documents of restitution. Again, will subsequently send you whatever is available showing the amount received.

General Ledger entries. MDB will not copy all its general journals as this is both expensive and time consuming, unless Hartford agrees to reimburse MDB for these costs. MDB will make these records available to anyone you wish to send for review, including you or an accountant.

Please let me know if these arrangements are acceptable since your deadline of September 10, 2005 is rapidly approaching.

Roy I. Niedermayer, Esq.
Paley Rothman Goldstein Rosenberg Eig & Cooper, Chtd.
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Direct Telephone: 301-951-4456
Fax: 301-654-7354
rniedermayer@paleyrothman.com

CONFIDENTIALITY AND/OR ATTORNEY-CLIENT PRIVILEGE NOTICE: This message contain confidential information belonging to the Sender or attorney-client communications which are legally privileged. The information or communication is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone and delete it