# EXHIBIT 18 TO AFFIDAVIT OF ROY I. NIEDERMAYER

## Roy Niedermayer

**From:**   Roy Niedermayer
**Sent:**   Tuesday, February 21, 2006 6:20 PM
**To:**   'Lucinda E. Davis'
**Cc:**   Katharine Porwick
**Subject:** MDB v. Hartford Cas

Luci:

We are in the process of retrieving the boxes from storage that may contain materials which you wish your accountant to review.  When we have the boxes at the offices of MDB in the next several days, I will work with you to pick a date when the responsive documents they may be reviewed either at MDB's offices or my offices.

Roy I. Niedermayer, Esq.
Paley Rothman Goldstein Rosenberg Eig & Cooper, Chtd.
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Direct Telephone: 301-951-4456
Direct Fax: 301-652-8302
Office Fax: 301-654-7354
rniedermayer@paleyrothman.com

**CONFIDENTIALITY AND/OR ATTORNEY-CLIENT PRIVILEGE NOTICE: This message contain confidential information belonging to the Sender or attorney-client communications which are legally privileged. The information or communication is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone and delete it.**