# EXHIBIT 19 TO AFFIDAVIT OF ROY I. NIEDERMAYER

## Roy Niedermayer

**From:** Lucinda E. Davis [ledavis@niles-law.com]
**Sent:** Wednesday, February 22, 2006 1:24 PM
**To:** Roy Niedermayer
**Cc:** David Elmore
**Subject:** RE: MDB v. Hartford Cas

Roy--

Please contact Dave Elmore directly to set up a date and time for the document inspection and review. His contact information is below and I have copied him on this e-mail so that you will have his e-mail address.

MATSON DRISCOLL & DAMICO, LLP
11701 Bowman Green Drive
Reston, VA 20190
703.796.2200 Fax 703.796.0729

If he requests copies of any of the documents in the course of his inspection and review, I ask that these be provided to him. If necessary to facilitate any such copying, you may send an invoice to our office for the same.

--Luci


*Lucinda E. Davis*
*Niles, Barton & Wilmer, LLP*
*111 S. Calvert St., Suite 1400*
*Baltimore, MD 21202*
*Telephone: (410) 783-6390*
*Fax: (410) 783-6410*
*ledavis@niles-law.com*


*Practicing law in Pennsylvania and Maryland*

This message is intended only for the person(s) to whom it is addressed. It may contain information that is PRIVILEGED and CONFIDENTIAL. Any dissemination, distribution, copying, or use of this message or any of its contents, other than by the person(s) to whom it is addressed, is prohibited and may constitute a BREACH OF CIVIL OR CRIMINAL LAW. If this message has been delivered to you in error, please delete the message from your system and contact the sender by reply e-mail or collect telephone call as soon as possible. Thank you.

---

**From:** Roy Niedermayer [mailto:rniedermayer@paleyrothman.com]
**Sent:** Tuesday, February 21, 2006 6:20 PM
**To:** Lucinda E. Davis
**Cc:** Katharine Porwick
**Subject:** MDB v. Hartford Cas

Luci:

We are in the process of retrieving the boxes from storage that may contain materials which you wish your accountant to review. When we have the boxes at the offices of MDB in the next several days, I will work with you to pick a date when the responsive documents they may be reviewed either at MDB's offices or my offices.

Roy I. Niedermayer, Esq.
Paley Rothman Goldstein Rosenberg Eig & Cooper, Chtd.
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Direct Telephone: 301-951-4456
Direct Fax: 301-652-8302
Office Fax: 301-654-7354
rniedermayer@paleyrothman.com

CONFIDENTIALITY AND/OR ATTORNEY-CLIENT PRIVILEGE NOTICE: This message contain confidential information belonging to the Sender or attorney-client communications which are legally privileged. The information or communication is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone and delete it.