IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC., | * |
| Plaintiff, | * |
| v. | * Civil Case No.: <u>05-CV-02131-PLF</u> |
| HARTFORD CASUALTY INSURANCE COMPANY, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT HARTFORD CASUALTY INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, MDB Communications, Inc. ("MDB"), seeks summary judgment based upon its contention that Defendant, Hartford Casualty Insurance Company ("Hartford"), breached its insurance policy by failing to make payment pursuant to the provisions therein. As Hartford simultaneously filed its own motion for summary judgment outlining MDB's breach of the insurance policy under which it seeks to recover, the parties have essentially filed cross-motions for summary judgment. Therefore, in order to reduce the amount of documentation presented to the Court in this matter, Hartford hereby incorporates by reference its previously filed Motion for Summary Judgment and supporting Memorandum of Law as its opposition to Plaintiff's (Cross-) Motion for Summary Judgment.

WHEREFORE, for the reasons stated therein, Hartford requests that the Court deny Plaintiff's Motion for Summary Judgment and requests that its own Motion for Summary Judgment be granted and judgment entered in Hartford's favor.

                    Respectfully submitted,

                    _____/s/_____
                    GEORGE E. REEDE, JR.
                    D.C. Bar No. 43062
                    Niles, Barton & Wilmer, LLP
                    111 S. Calvert St., Suite 1400
                    Baltimore, MD  21202
                    Telephone:  (410)783-6300
                    Fax:  (410)783-6410

                    *Attorney for Defendant Hartford*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 20th day of April 2006, a copy of the foregoing Memorandum of Law in Support of Defendant's Motion for Summary Judgment was served via electronic transmission upon:

Roy I. Niedermayer, Esquire
Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chtd.
4800 Hampden Ln., 7th Floor
Bethesda, MD  20814
*Attorney for Plaintiff*

                    _____/s/_____
                    GEORGE E. REEDE, JR., Bar No. 43062