UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HARTFORD CASUALTY INSURANCE CO., ) <br> ) <br> Defendant. ) | Civil Action No. 05-2131 (PLF) |
| MDB COMMUNICATIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HARTFORD CASUALTY INSURANCE CO., ) <br> ) <br> Defendant. ) | Civil Action No. 06-0604 (PLF) |

<u>ORDER</u>

This matter is before the Court on plaintiff's unopposed motion, filed in Civil Action No. 06-0604, to consolidate that case with Civil Action No. 05-2131; and on plaintiff's motion for leave to file an amended complaint in Civil Action No. 05-2131, which motion defendant opposes. Upon consideration of the arguments of the parties and the entire record in this case, it is hereby

ORDERED that plaintiff's motion to consolidate Civil Action No. 06-0604 with Civil Action No. 05-2131 is GRANTED. Civil Action No. 06-0604 shall be consolidated with Civil Action No. 05-2131 for all purposes; it is

FURTHER ORDERED that counsel shall meet and discuss how the schedule in these cases might be synchronized. Specifically, counsel shall consider whether resolution of any legal issues raised in defendant's already-filed motion for summary judgment in Civil Action No. 05-2131 might also be dispositive of plaintiff's claims in Civil Action No. 06-0604; if not, whether an amended or supplemental motion for summary judgment to encompass plaintiff's new claims is appropriate; and whether discovery is necessary in Civil Action No. 06-0604; it is

FURTHER ORDERED that, on or before May 12, 2006, the parties shall file a Joint Report setting forth the parties' proposals for synchronizing these cases and, if necessary, a proposed Scheduling Order for the consolidated cases; it is

FURTHER ORDERED that a status conference in these consolidated cases is scheduled for May 19, 2006, at 9:15 a.m.; and it is

FURTHER ORDERED that plaintiff's motion for leave to file an amended complaint is taken under advisement.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 20, 2006