IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC., | * |
| Plaintiff, | * |
| v. | * Civil Case No.: <u>05-CV-02131-PLF</u> |
| HARTFORD CASUALTY INSURANCE COMPANY, | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT OF GERRY GROH IN SUPPORT OF DEFENDANT HARTFORD CASUALTY'S MOTION FOR SUMMARY JUDGMENT

I, Gerry Groh, solemnly affirm under the penalties of perjury, and upon personal knowledge that the following statements are true:

1. I am over the age of 18 and am competent to testify to the matters stated herein.

2. I am a Property Claim Representative with The Hartford Casualty Insurance Company ("Hartford") and am now responsible for handling the claim submitted by Plaintiff which is the subject of the above-captioned case and Civil Action No. 06-0604. As a result, I am familiar with and have reviewed the claims file in this matter as well as documentation produced in the course of discovery in the instant litigation.

3. I have reviewed Hartford's Motion for Summary Judgment and supporting Memorandum of Law as well as its Reply Memorandum in Support of Summary Judgment

4. Based upon my familiarity with and review of the documentation in this matter, the facts in the Motion and Memoranda are true and accurate.

5. Based upon my familiarity with and review of the documentation in this matter, the documents attached as exhibits to both Memoranda are true and accurate copies of

documentation sent by Hartford to its insured or received by Hartford from its insured, or by the representatives of both parties.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true based upon personal knowledge, information and belief.

4-24-2006
Date

*Gerry Groh*
Gerry Groh
Property Claims Representative for
The Hartford Casualty Insurance Company