IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO STRIKE REPLY OF DEFENDANT TO OPPOSITION OF PLAINTIFF TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANT**

Plaintiff, MDB Communications, Inc., by and through its counsel, Roy I. Niedermayer and Paley, Rothman, Goldstein, Rosenberg, Eig and Cooper, Chartered, moves this Court to strike Defendant Hartford's Reply in Further Support of Its Motion for Summary Judgment and accompanying Exhibits and Affidavits as untimely filed in contravention of this Court's Order. The grounds of this Motion are as follows:

1. On April 17, 2006, the Court entered an Order requiring all Oppositions to Motions for Summary Judgment to be filed by April 17, 2006 and all replies to be filed by April 21, 2006.

2. Plaintiff complied with all the Court ordered deadlines.

3. Defendant filed its Opposition to plaintiff's Motion for Summary Judgment on April 20, 2006, 3 days late. Despite this late filing and the shortening of an opportunity to respond, plaintiff still filed its Reply on April 21, 2006, the date set by the Court for filing.

4.   Defendant filed its Defendant Hartford's Reply in Further Support of Its Motion for Summary Judgment on April 24, 2006, 3 days late.

5.   Defendant has consistently ignored the Court's ordered deadlines and filed its pleadings after the expiration of the dates set by the Court. It has not sought Court approval or authority for any late filing as required and provided for by any Fed. R. Civ. Pro. and the Local Rules of this Court.

6.   Plaintiff did not previously object. Since plaintiff did comply with the Court's order and applicable Fed. R. Civ. Pro., if the Court's orders are to apply equally to the parties, have any enforceable meaning, and to be followed, it is entirely appropriate for the Court to strike the last, untimely filing by defendant of Defendant Hartford's Reply in Further Support of Its Motion for Summary Judgment.

WHEREFORE, plaintiff prays that the Court strike Defendant Hartford's Reply in Further Support of Its Motion for Summary Judgment from the docket and disregard the Reply in ruling on plaintiff's Motion for Summary Judgment.

PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER, CHTD.

By: _____
Roy Niedermayer, Esq. #180380

4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Telephone: (301) 951-4456

Attorney for Plaintiff