IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**ORDER TO STRIKE DEFENDANT HARTFORD'S REPLY
IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiff's Motion to Strike Reply of Defendant to Opposition of Plaintiff to Motion for Summary Judgment of Defendant and any opposition thereto, it is this _____ day of _____, 2006

ORDERED that Plaintiff's Motion to Strike Defendant Hartford's Reply to Opposition of Plaintiff to Motion for Summary Judgment of Defendant be and the same is hereby GRANTED; and it is further

ORDERED that Defendant Hartford's Reply of Defendant to Opposition of Plaintiff to Motion for Summary Judgment be stricken from the docket and pleadings as filed in this case.

_____
Paul L. Friedman
United States District Court Judge

- 2 -

cc:

Roy Niedermayer, Esq.
Paley, Rothman, Goldstein, Rosenberg,
        Eig & Cooper, Chtd.
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814

George E. Reede, Jr.
Lucinda Davis, Esq.
Niles, Barton & Wilmer, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD  21202