IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MDB COMMUNICATIONS, INC.,** | |
| **Plaintiff,** | |
| v. | Civil Case Nos.: **05-CV-02131-PLF** <br> **06-CV-00604-PLF** |
| **HARTFORD CASUALTY INSURANCE COMPANY,** | |
| **Defendant.** | |

\* \* \* \* \* \* \* \* \* \* \* \*

**JOINT REPORT TO COURT**

Pursuant to the Court's Order dated April 20, 2006 consolidating the above-referenced cases, Plaintiff, MDB Communications, Inc. ("MDB") and Defendant, Hartford Casualty Insurance Company ("Hartford"), through their undersigned counsel submit this Joint Report and state:

**1.    Brief Procedural History of the Two Cases**

These two cases arise out of losses to MDB resulting from the dishonesty of its former employee-bookkeeper's former bookkeeper, Marilyn Essex. The employee forged the authorized signature of MDB on a series of checks over the course of six years before MDB discovered it on February 7, 2005. Hartford provided insurance to MDB during this entire six year time frame under a series of annual Policies bearing No. 42 SBA EV9713, and MDB has sought recovery from Hartford under those policies and their individual coverage limits.

MDB filed suit against Hartford on October 7, 2005 in the Superior Court for the District of Columbia alleging breach of contract for failure to make payment under two policy periods, July 28, 2003-04 and July 28, 2004-05. Hartford removed the case to this Court. In relevant

part, the agreed Scheduling Order issued in that case provided that any motion to amend the pleadings was to be made by December 28, 2005, discovery was to be completed by March 1, 2006, and dispositive motions were to be filed by April 3, 2006.

On March 31, 2006, MDB filed a motion for leave to amend its Complaint alleging breach of contract for failure to make payment under four more of the policy periods, from July 28, 1999-2003. MDB simultaneously filed a new lawsuit with the same allegations and a motion to consolidate the two cases. The motion to consolidate was granted on April 20, 2006.

2. **Outstanding Motions, Case #05-CV-02131-PLF**

- *MDB's Motion for Leave to Amend its Complaint* filed on March 31, 2006; Hartford's opposition filed on April 14, 2006; and MDB's Reply filed on April 20, 2006.

- *Hartford's Motion for Summary Judgment* filed on April 3, 2006; MDB's opposition filed on April 17, 2006; Hartford's Reply on April 24, 2006

- *MDB's Motion for Summary Judgment* filed on April 3, 2006; Hartford's opposition filed on April 20, 2006; MDB's Reply filed on April 21, 2006

- *MDB's Motion to Strike Hartford's Reply* filed on April 25, 2006

3. **Outstanding Motions, Case #06-CV-00604-PLF**

- *Hartford's Motion to Dismiss or in the Alternative for Summary Judgment* filed on April 24, 2006; MDB's opposition filed on May 5, 2006

**4.     Plan for Synchronization of Cases and Scheduling.**

Counsel have consulted and believe that a Court ruling on the pending summary judgment cross-motions in Case #05-2131 and Defendant's Motion to Dismiss or for Summary Judgment in Case #06-0604 will dispose of these consolidated cases, unless the Court finds material factual disputes exist.  Regardless of whether any factual disputes remain for trial, no further discovery is required.  The Court may then set a pre-trial conference at a convenient date on the Court's calendar and a trial date.  Based on the issues involved, the consolidated cases may be tried at the same time.

**5.     Request for Hearing on Outstanding Motions**

Counsel believe a status conference may be unnecessary in light of the above plan.  In lieu of the status conference, counsel propose a hearing on the pending motions or that a pre-trial conference be set after the Court rules on the pending motions.

Respectfully submitted,

_____/s/_____        _____/s/_____
ROY NIEDERMAYER, #180380                    GEORGE E. REEDE, JR., #43062
Paley, Rothman, Goldstein, Rosenberg,       Niles, Barton & Wilmer, LLP
Eig & Cooper, Cht'd.                        111 S. Calvert St., Suite 1400
4800 Hampden Lane, 7th Floor                Baltimore, MD  21202
Bethesda, MD  20814                         Telephone:  (410)783-6300
Telephone: (301) 951-4456                   Fax:  (410)783-6410
Fax: (301) 654-7354
*Attorney for Plaintiff*                    *Attorney for Defendant*

*(Signed with permission given to Defendant's counsel)*