IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

## MOTION OF PLAINTIFF FOR ADMISSION *PRO HAC VICE* OF OUT-OF-JURISDICTION ATTORNEY

Plaintiff, MDB Communications, Inc., by its attorneys, Roy I. Niedermayer and Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chtd., moves this Court for the admission *pro hac vice* of Katharine O. Porwick as counsel for plaintiff pursuant to LCvR 83.2(d) on the following grounds:

1. Katharine O. Porwick is an associate attorney in the firm of Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chtd. and has been actively involved and familiar with the facts, issues, and procedural status of this matter.

2. Ms. Porwick's business address and telephone number are as follows:

   Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chtd.
   4800 Hampden Lane, 7th Floor
   Bethesda, MD 20814
   Telephone: (301) 968-1648

3. Ms. Porwick is an attorney licensed and admitted to (i) the Bar of the State of Maryland by the Court of Appeals, the highest court in Maryland and (ii) the Bar of the United States District Court for the District of Maryland. She is a member in good standing before both Bars, and has not been the subject of any disciplinary action.

4. Ms. Porwick is not the sole counsel in this case but will be participating

PALEY, ROTHMAN,
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354

with the undersigned counsel of record, who is a member of the Bar of the United States District Court for the District of Columbia.

5. Ms. Porwick has not been previously admitted *pro hac vice* before the United States District Court for the District of Columbia.

6. Present counsel of record must be unavoidably absent from the Court ordered status conference for May 19, 2006 due to his son's college graduation and requests that Ms. Porwick be permitted to participate in the conference without the attendance of the undersigned. Ms. Porwick has full knowledge and authority of the plaintiff to participate without the undersigned.

7. Defendant consents to the admission of Ms. Porwick for all purposes in this case.

WHEREFORE, plaintiff prays that the Court order that Katharine O. Porwick be admitted *pro hac vice* as counsel for plaintiff for all purposes, including participation in all proceedings before the Court, and that the she may be heard in open court at the Court ordered status conference without the attendance of the undersigned counsel of record.

PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG,
EIG & COOPER, CHTD.

By:_____/s/_____
Roy Niedermayer, Esq. Bar #180380

4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Telephone: (301) 951-4456

Attorney for Plaintiff

-2-