IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Motion of Plaintiff for Admission *Pro Hac Vice* of Out-of-Jurisdiction Attorney, it is this _____ day of May, 2006 by the United States District Court for the District of Columbia,

ORDERED that the Motion of Plaintiff for Admission *Pro Hac Vice* of Out-of-Jurisdiction Attorney be, and it hereby is GRANTED; and it is further

ORDERED that Katharine O. Porwick shall be admitted before this Court *pro hac vice* and may participate in proceedings before the Court; and it is further

ORDERED that Katharine O. Porwick may participate in the status conference on May 19, 2006 without the attendance of counsel of record admitted before this Court as a member in good standing of the Bar for the United States District Court for the District of Columbia Bar.

_____
Paul L. Friedman
United States District Court Judge