**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MDB COMMUNICATIONS, INC.,** | * |
| | * |
|     Plaintiff, | * |
| | *  Civil Case Nos.: 05-CV-02131-PLF |
| v. | * |
| | * |
| **HARTFORD CASUALTY INSURANCE** | * |
| **COMPANY** | * |
| | * |
|     Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE

Please enter the appearance of Kathleen L.H. Petty, Niles, Barton & Wilmer, LLP, as additional counsel for Defendant, Hartford Casualty Insurance Company. George E. Reede, Jr. will continue to represent Defendant in this matter.

Respectfully submitted,

_____
GEORGE E. REEDE, JR., Bar No. 43062
KATHLEEN L.H. PETTY, Bar No. 495529
Niles, Barton & Wilmer, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD  21202
Telephone:  (410)783-6300
Fax:  (410)783-6410
*Attorneys for Defendant*