IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MDB COMMUNICATIONS, INC.,** | \* |
| | \* |
| Plaintiff, | \* |
| | \*   Civil Case Nos.: 05-CV-02131-PLF |
| v. | \* |
| | \* |
| **HARTFORD CASUALTY INSURANCE** | \* |
| **COMPANY** | \* |
| | \* |
| Defendant. | \* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Kathleen L.H. Petty, Niles, Barton & Wilmer, LLP, as additional counsel for Defendant, Hartford Casualty Insurance Company. George E. Reede, Jr. will continue to represent Defendant in this matter.

Respectfully submitted,

_____/S/_____
GEORGE E. REEDE, JR., Bar No. 43062
KATHLEEN L.H. PETTY, Bar No. 495529
Niles, Barton & Wilmer, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD  21202
Telephone:  (410)783-6300
Fax:  (410)783-6410
*Attorneys for Defendant*