UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| MDB COMMUNICATIONS, INC.,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | |
| v.           ) | Civil Action No. 05-2131 (PLF) |
| ) | |
| HARTFORD CASUALTY INSURANCE CO.,    ) | |
| ) | |
| Defendant.         ) | |
| _____) | |
| ) | |
| MDB COMMUNICATIONS, INC.,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | |
| v.           ) | Civil Action No. 06-0604 (PLF) |
| ) | |
| HARTFORD CASUALTY INSURANCE CO.,    ) | |
| ) | |
| Defendant.         ) | |
| _____) | |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendant's motion for summary judgment [12] in Civil Action

No. 05-2131 is GRANTED; it is

FURTHER ORDERED that plaintiff's motion for summary judgment [13] in

Civil Action No. 05-2131 is DENIED; it is

FURTHER ORDERED that plaintiff's motion to amend the complaint [11] in

Civil Action No. 05-2131 is DENIED as moot; it is

FURTHER ORDERED that defendant's motion to dismiss or, in the alternative, for summary judgment [8] and [9] in Civil Action No. 06-0604 is DENIED; and it is

FURTHER ORDERED that there will be a status conference on April 27, 2007 at 9:15 a.m.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:   March 28, 2007