# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MDB COMMUNICATIONS, INC.          )
                                                   )
                       Plaintiff,          )
                                                 )
v.                                          ) Civil No. 05-CV-02131-PLF
                                               )
HARTFORD CASUALTY INSURANCE COMPANY  )
                                             )
                     Defendant.      )

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE MOTION TO ALTER OR AMEND JUDGMENT

Counsel for Plaintiff, MDB Communications, Inc., hereby moves for an extension of time until April 16, 2007 to file a Motion to Alter or Amend Judgment from this Court's Order and Opinion entered on March 28, 2007.  Counsel for Plaintiff spoke to Defendant's counsel and Defendant consented to this extension of time.


PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER, CHTD.


By:_____/s/_____
   Roy Niedermayer, Esq.

4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Telephone: (301) 951-4456

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MDB COMMUNICATIONS, INC.                    )
                                            )
                Plaintiff,          )
                                            )
v.                                          )  Civil No. 05-CV-02131-PLF
                                            )
HARTFORD CASUALTY INSURANCE COMPANY         )
                                            )
                Defendant.          )

## <u>ORDER</u>

UPON CONSIDERATION of the Consent Motion for Extension of Time, it is this

_____ day of _____, 2007 by the United States District Court for the District of

Columbia,

ORDERED, that the Consent Motion for Extension of Time be, and the same

hereby is, GRANTED; and it is further

ORDERED, that Plaintiff has until April 16, 2007 to file a Motion to Alter or Amend

Judgment from this Court's Order and Opinion entered on March 28, 2007.


_____
Paul L. Friedman
United States District Judge