IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**AFFIDAVIT OF ROY I. NIEDERMAYER IN SUPPORT OF
PLAINTIFF'S MOTION TO RECONSIDER, ALTER, OR AMEND
COURT ORDER OF MARCH 28, 2007**

1. My name is Roy I. Niedermayer. I am the attorney for MDB Communications, Inc. ("MDB") in this case and have been involved since February, 2005 in the matters arising out of the claims against Hartford Casualty Insurance Company under policies of insurance for MDB providing coverage for the fraudulent diversion of money from MDB by Marilyn Essex, an employee of MDB, by means of a series of forged checks drawn on MDB's accounts by the employee.

2. I am over eighteen years of age and competent to testify to the facts contained in this affidavit which are true and are based on my personal knowledge.

3. The attached Exhibit A is an authentic, genuine and accurate copy of a letter in my file received from a representative of Hartford Casualty Insurance Company in response to the receipt of MDB's notice of loss.

I hereby swear or affirm under the penalties of perjury in accordance with the requirements of 28 U.S.C. §1746 that the foregoing statements are true.

*/s/ Roy Niedermayer*
Roy I. Niedermayer

PALEY, ROTHMAN,
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354