# EXHIBIT 4 TO AFFIDAVIT OF ROY I. NIEDERMAYER

GLENN M. COOPER
VICTOR J. ROSENBERG*
MARK S. GOLDSTEIN
MARK S. ROTHMAN
STEPHEN H. PALEY
PAULA A. CALIMAFDE
RONALD A. DWECK
ARTHUR H. BLITZ*
ROBERT H. MACLAY
STEVEN A. WIDDES
HOPE B. EASTMAN
WENDELIN I. LIPP*
ALAN S. MARK
DANIEL P. HODIN
ARTHUR G. HOUSE*
ROY I. NIEDERMAYER
DIANE A. FOX
JEFFREY A. KOLENDER

* ALSO ADMITTED IN VIRGINIA
** ALSO ADMITTED IN QUEBEC
† NOT ADMITTED TO DC BAR



**PALEY ROTHMAN**
GOLDSTEIN, ROSENBERG, EIG & COOPER
CHARTERED

ATTORNEYS AT LAW
4800 HAMPDEN LANE, 7TH FLOOR
BETHESDA, MARYLAND 20814-2922
PH 301-656-7603 · FX 301-654-0165

May 5, 2005

LINDA D. SCHWARTZ
WAYNE D. EIG
MARK A. BINSTOCK
PATRICIA M. WEAVER
ALAN D. EISLER*
DANIEL S. KOCH
KATHLEEN M. DUMAIS
JAMES R. HAMMERSCHMIDT
PAUL G. MARCOTTE, JR.
KATHERINE PALUMBO
DEBORAH A. COHN
NICOLAS S. DUFOUR**
HOWARD B. SOYPHER†
AUBREY L. MOSS
HILLARY E. CLARK†
DAVID P. SHAPIRO

OF COUNSEL
ARNOLD B. SHERMAN

WRITER'S E-MAIL AND DIRECT DIAL

TELEPHONE: 301-951-4456
E-MAIL: rniedermayer@paleyrothman.com

Ms. Diane Scott, Property Claim Specialist
The Hartford Casualty Insurance Company
P.O. Box 68941
Indianapolis, IN 46268

Re:   Insured:                       MDB Communications, Inc.

      Spectrum Policy Number:        42 SBA EV9713
      Policy Period:                 7/28/03 to 7/28/04

      Spectrum Policy Number:        42 SBA EV9713 DV
      Policy Period:                 7/28/04 to 7/28/05

      Consolidated Claim Number:     YKB FD 03998

Dear Ms. Scott:

I am responding to your letter of May 2, 2005 requesting additional information.

Since another specialist in your office told me (at a time when you were out of the office) that the purpose of the correspondence with the wrongdoer was to establish liability, and the letter produced clearly contains that admission, no other correspondence was researched or provided. I am now assessing what other correspondence exists. I assume that you mean to limit the correspondence to matters concerning the actions involving the forgeries. If you can give me an idea what you are looking for or what is the purpose and reason for any broader scope of inquiry, it will expedite my investigation of other possible locations for appropriate materials.

Despite a previous request for the police report made about the time of my April 11, 2005 letter, the insured has not yet received a copy of any police report involving this

Ms. Diane Scott, Property Claim Specialist
The Hartford Casualty Insurance Company
May 5, 2005
Page 2

matter. Although I have no ability to compel the police to act any more expeditiously than their routine processes, I have made further inquiry upon receipt of your letter in the hope of obtaining a copy of the report. I will forward you a copy of the police report as soon as it is received by me. As I suggested in my earlier letter, The Hartford may wish to make a direct request to the Metropolitan Police as they may be more responsive to your request than the insured's.

Presently, a claim has been made against the Bank of America for reimbursement. This claim is limited by statute and may not cover the full loss.

I would appreciate your helping me understand the meaning of the last sentence in your letter. It is the insured's interpretation that there were two separate policies covering two different periods of time during which losses occurred. One period was July 28, 2003 to July 28, 2004; the second period was July 28, 2004 through March, 2005. All the acts within each different policy period coverage term have been aggregated and not duplicated. Is it the interpretation of the policy provisions by The Hartford that, regardless of the existence of different policies covering different periods of time and the occurrence of the acts during different policy terms, the maximum coverage is $45,000 if the loss was caused by one employee?

Please advise me of any further actions by the insured necessary to advance the adjustment process. I would also appreciate your providing me with your view on how long the claim process might take.

One final note. I we seem to have gotten off to a poor start based on our last telephone discussion. If you believe that this is due to anything I did or said, I apologize. This was not my intent or purpose since I hope to work cooperatively with you to reach an early resolution of this claim.

Sincerely yours,

Roy I. Niedermayer

RN:ab