# EXHIBIT 5 TO AFFIDAVIT OF ROY I. NIEDERMAYER



| | |
|---|---|
| GLENN M. COOPER | LINDA D. SCHWARTZ |
| VICTOR J. ROSENBERG* | WAYNE D. EIG |
| MARK S. GOLDSTEIN | MARK A. BINSTOCK |
| MARK S. ROTHMAN | PATRICIA M. WEAVER |
| STEPHEN H. PALEY | ALAN D. EISLER* |
| PAULA A. CALIMAFDE | DANIEL S. KOCH |
| RONALD A. DWECK | KATHLEEN M. DUMAIS |
| ARTHUR H. BLITZ* | JAMES R. HAMMERSCHMIDT |
| ROBERT H. MACLAY | PAUL G. MARCOTTE, JR. |
| STEVEN A. WIDDES | KATHERINE PALUMBO |
| HOPE B. EASTMAN | DEBORAH A. COHN |
| WENDELIN I. LIPP* | NICOLAS S. DUFOUR** |
| ALAN S. MARK | HOWARD B. SOYPHER† |
| DANIEL P. HODIN | AUBREY L. MOSS |
| ARTHUR G. HOUSE* | HILLARY E. CLARK† |
| ROY I. NIEDERMAYER | DAVID P. SHAPIRO |
| DIANE A. FOX | |
| JEFFREY A. KOLENDER | |

ATTORNEYS AT LAW
4800 HAMPDEN LANE, 7TH FLOOR
BETHESDA, MARYLAND 20814-2922
PH 301-656-7603 · FX 301-654-0165

* ALSO ADMITTED IN VIRGINIA
** ALSO ADMITTED IN QUEBEC
† NOT ADMITTED TO DC BAR

OF COUNSEL
ARNOLD B. SHERMAN

WRITER'S E-MAIL AND DIRECT DIAL

TELEPHONE: 301-951-4456
E-MAIL: rniedermayer@paleyrothman.com

May 6, 2005

Ms. Diane Scott, Property Claim Specialist
The Hartford Casualty Insurance Company
P.O. Box 68941
Indianapolis, IN 46268

Re: Insured:    MDB Communications, Inc.
    Consolidated Claim Number:    YKB FD 03998

Dear Ms. Scott:

I have now completed an investigation into the records of MDB and spoken to Cary Hatch, MDB's president. We have found no written or e-mail correspondence between Essex, the wrongdoer, and the company regarding any matter dealing with the bank account, checks or check writing, or actions involving the forgeries. For the most part, communications were oral because the wrongdoer had the office next to the president. MDB's review of the electronic communications shows they dealt with unrelated matters such as days the wrongdoer would work, parking, and other administrative matters. Except for the written admission which we were able to obtain, there is nothing else which we have discovered in the files.

Sincerely yours,

Roy I. Niedermayer

RN:ab
cc: Cary Hatch, President (by e-mail)