# EXHIBIT 8 TO AFFIDAVIT OF ROY I. NIEDERMAYER



| | | |
|---|---|---|
| GLENN M. COOPER<br>VICTOR J. ROSENBERG*<br>MARK S. GOLDSTEIN<br>MARK S. ROTHMAN<br>STEPHEN H. PALEY<br>PAULA A. CALIMAFDE<br>RONALD A. DWECK<br>ARTHUR H. BLITZ*<br>ROBERT H. MACLAY<br>STEVEN A. WIDDES<br>HOPE B. EASTMAN<br>WENDELIN I. LIPP*<br>ALAN S. MARK<br>DANIEL P. HODIN<br>ARTHUR G. HOUSE*<br>ROY I. NIEDERMAYER<br>DIANE A. FOX<br>JEFFREY A. KOLENDER | ATTORNEYS AT LAW<br>4800 HAMPDEN LANE, 7TH FLOOR<br>BETHESDA, MARYLAND 20814-2922<br>PH 301-656-7603 · FX 301-654-7354<br><br>June 10, 2005 | LINDA D. SCHWARTZ<br>WAYNE D. EIG<br>MARK A. BINSTOCK<br>PATRICIA M. WEAVER<br>ALAN D. EISLER*<br>DANIEL S. KOCH<br>KATHLEEN M. DUMAIS<br>JAMES R. HAMMERSCHMIDT<br>PAUL G. MARCOTTE, JR.<br>KATHERINE PALUMBO<br>DEBORAH A. COHN<br>NICOLAS S. DUFOUR**<br>HOWARD B. SOYPHER†<br>AUBREY L. MOSS<br>TIFFANY M. TURNER†<br>HILLARY E. CLARK†<br>MICHAEL B. BOMBA† |
| * ALSO ADMITTED IN VIRGINIA<br>** ALSO ADMITTED IN QUEBEC<br>† NOT ADMITTED TO DC BAR | | OF COUNSEL<br>ARNOLD B. SHERMAN<br><br>WRITER'S E-MAIL AND DIRECT DIAL<br><br>TELEPHONE: 301-951-4456<br>E-MAIL: rniedermayer@paleyrothman.com |

Ms. Diane Scott, Property Claim Specialist
The Hartford Casualty Insurance Company
P.O. Box 68941
Indianapolis, IN 46268

    Re:   Insured:                               MDB Communications, Inc.
            Consolidated Claim Number:   YKB FD 03998

Dear Ms. Scott:

    After further research and investigation, I have enclosed those documents requested by your prior letter of May 16, 2005 in which I was able to procure from the insured's former counsel. These are the correspondence with the wrongdoer and any agreements entered in to between the wrongdoer and the insured.

    Presently, you have had a chance to review the insured's Proof of Loss and admission of liability of the wrongdoer. In addition, once you have had an opportunity to review the enclosed materials, I would appreciate your advising me, pursuant to the provisions of Special Property Coverage Form SS 00 07 10 02, E.5 and of Crime Common Conditions and Exclusions Form SS 04 80 03 00 what the company's intentions are with respect to this claim since more than thirty (30) days have passed since we filed the Proof of Loss with you.

                                              Sincerely yours,



                                              Roy I. Niedermayer

RIN:ab
Encl.