# EXHIBIT16 TO AFFIDAVIT OF ROY I. NIEDERMAYER

## Roy Niedermayer

**From:** Lucinda E. Davis [ledavis@niles-law.com]
**Sent:** Tuesday, February 14, 2006 6:42 PM
**To:** Roy Niedermayer
**Subject:** RE: MDB Communications v. The Hartford

Dear Roy,

As we discussed in our telephone conversation on January 11, 2006 when you raised the same issues as those noted below, The Hartford would like to see the payroll and direct deposit checks/records, including any wire transfer records, as well as any internal audit report or other documentation demonstrating that the checks that you have produced as being forged or stolen monies are actually forged/stolen and/or in excess of any normal amounts paid to Ms. Essex so that they were therefore not issued for any legitimate purpose or otherwise substantiate why the checks were paid. You told me that you would look into reviewing the documents offsite and after I did not hear back from you on this matter, I sent you an e-mail on February 1 with dates that Dave Elmore was available for such review in order to facilitate the prior request.

Please let me know whether and when MDB Communications intends to produce the requested documents or make them available for inspection as requested over a month ago.

Thank you,

Luci


*Lucinda E. Davis*
*Niles, Barton & Wilmer, LLP*
*111 S. Calvert St., Suite 1400*
*Baltimore, MD 21202*
*Telephone: (410) 783-6390*
*Fax: (410) 783-6410*
*ledavis@niles-law.com*


*Practicing law in Pennsylvania and Maryland*

This message is intended only for the person(s) to whom it is addressed. It may contain information that is PRIVILEGED and CONFIDENTIAL. Any dissemination, distribution, copying, or use of this message or any of its contents, other than by the person(s) to whom it is addressed, is prohibited and may constitute a BREACH OF CIVIL OR CRIMINAL LAW. If this message has been delivered to you in error, please delete the message from your system and contact the sender by reply e-mail or collect telephone call as soon as possible. Thank you.

**From:** Roy Niedermayer [mailto:rniedermayer@paleyrothman.com]
**Sent:** Tuesday, February 14, 2006 6:05 PM
**To:** Lucinda E. Davis
**Cc:** Katharine Porwick
**Subject:** RE: MDB Communications v. The Hartford

Dear Luci:

I responded to your letter of November 18, 2005 outlining the materials that Mr. Elmore wanted to see. In addition, I included copies of all documents that you requested, which exist, and which MDB had in its

possession, except the payroll/direct deposit checks. I told you these were stored offsite and we needed notice to produce them. However, I questioned the relevance and thought I could produce alternative evidence if you told me exactly what was being sought.

Did you not receive my letter and the documents?

Is there anything not in the letter of 11/18/05 that you believe is covered by it?

Please advise.

Roy I. Niedermayer, Esq.
Paley Rothman Goldstein Rosenberg Eig & Cooper, Chtd.
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Direct Telephone: 301-951-4456
Fax: 301-654-7354
rniedermayer@paleyrothman.com

CONFIDENTIALITY AND/OR ATTORNEY-CLIENT PRIVILEGE NOTICE: This message contain confidential information belonging to the Sender or attorney-client communications which are legally privileged. The information or communication is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone and delete it.

---

**From:** Lucinda E. Davis [mailto:ledavis@niles-law.com]
**Sent:** Monday, February 13, 2006 11:39 AM
**To:** Roy Niedermayer; Roy Niedermayer
**Subject:** FW: MDB Communications v. The Hartford

For some reason the message below came back to me so I'm attempting to re-send it.

*Lucinda E. Davis*
*Niles, Barton & Wilmer, LLP*
*111 S. Calvert St., Suite 1400*
*Baltimore, MD 21202*
*Telephone: (410) 783-6390*
*Fax: (410) 783-6410*
*ledavis@niles-law.com*

*Practicing law in Pennsylvania and Maryland*

This message is intended only for the person(s) to whom it is addressed. It may contain information that is PRIVILEGED and CONFIDENTIAL. Any dissemination, distribution, copying, or use of this message or any of its contents, other than by the person(s) to whom it is addressed, is prohibited and may constitute a BREACH OF CIVIL OR CRIMINAL LAW. If this message has been delivered to you in error, please delete the message from your system and contact the sender by reply e-mail or collect telephone call as soon as possible. Thank you.

---

**From:** Lucinda E. Davis
**Sent:** Monday, February 13, 2006 11:35 AM
**To:** Roy Niedermayer
**Cc:** George E. Reede
**Subject:** MDB Communications v. The Hartford

Dear Roy--