# EXHIBIT 17 TO AFFIDAVIT OF ROY I. NIEDERMAYER

Case 1:05-cv-02131-PLF   Document 34-19   Filed 04/15/2007   Page 1 of 3

## Roy Niedermayer

**From:** Roy Niedermayer
**Sent:** Friday, February 17, 2006 10:34 AM
**To:** 'Lucinda E. Davis'
**Cc:** Katharine Porwick
**Subject:** RE: MDB document production

Luci:

I want to be clear. MDB produced all documents in its possession and knowledge responsive to your prior November requests. We don't believe we have any more documents. But because you asked again, we are verifying this with another review. But, this is not meant to suggest that there are additional documents.

Roy I. Niedermayer, Esq.
Paley Rothman Goldstein Rosenberg Eig & Cooper, Chtd.
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Direct Telephone: 301-951-4456
Direct Fax: 301-652-8302
Office Fax: 301-654-7354
rniedermayer@paleyrothman.com

CONFIDENTIALITY AND/OR ATTORNEY-CLIENT PRIVILEGE NOTICE: This message contain confidential information belonging to the Sender or attorney-client communications which are legally privileged. The information or communication is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone and delete it.

---

**From:** Lucinda E. Davis [mailto:ledavis@niles-law.com]
**Sent:** Friday, February 17, 2006 10:28 AM
**To:** Roy Niedermayer
**Subject:** RE: MDB document production

Roy--

Thank you for looking into our request for document production originally made in November 2005. As noted in our January 11th telephone call, Mr. Elmore is willing to inspect the payroll and direct deposit transaction records at the offsite storage location indicated in your December 21, 2005 correspondence. I look forward to hearing from you next week regarding this matter.

--Luci

*Lucinda E. Davis*
*Niles, Barton & Wilmer, LLP*
*111 S. Calvert St., Suite 1400*
*Baltimore, MD 21202*
*Telephone: (410) 783-6390*
*Fax: (410) 783-6410*
*ledavis@niles-law.com*

*Practicing law in Pennsylvania and Maryland*

This message is intended only for the person(s) to whom it is addressed. It may contain information that is PRIVILEGED and CONFIDENTIAL. Any dissemination, distribution, copying, or use of this message or any of its contents, other than by the person(s) to whom it is addressed, is prohibited and may constitute a BREACH OF CIVIL OR CRIMINAL LAW. If this message has been delivered to you in error, please delete the message from your system and contact the sender by reply e-mail or collect telephone call as soon as possible. Thank you.

---

**From:** Roy Niedermayer [mailto:rniedermayer@paleyrothman.com]
**Sent:** Friday, February 17, 2006 9:56 AM
**To:** Lucinda E. Davis
**Cc:** Katharine Porwick
**Subject:** MDB document production

Luci:

I am still working on completion of my investigation regarding the existence of documents requested in your 2/14/06 email. I hope to be back to you next week on this with a response.

Roy I. Niedermayer, Esq.
Paley Rothman Goldstein Rosenberg Eig & Cooper, Chtd.
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Direct Telephone: 301-951-4456
Direct Fax: 301-652-8302
Office Fax: 301-654-7354
rniedermayer@paleyrothman.com

CONFIDENTIALITY AND/OR ATTORNEY-CLIENT PRIVILEGE NOTICE: This message contain confidential information belonging to the Sender or attorney-client communications which are legally privileged. The information or communication is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone and delete it.