**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter having come before the Court on the Motion of Plaintiff, MDB Communications, Inc., to Reconsider, Alter or Amend the Court Order of March 28, 2007, and the Court having considered the evidentiary record and the any opposition of defendant, Hartford Casualty Insurance Company ("Hartford"), it is this ____ day of ____ _____, 2007

ORDERED that the Motion of Plaintiff, MDB Communications, Inc., to Reconsider, Alter or Amend the Court Order of March 28, 2007 be, and the same is hereby GRANTED; and it is further

ORDERED that the Court's Order of March 28, 2007 be altered or amended by vacating the grant of Summary Judgment in favor of Hartford; and it is further

ORDERED that the Motion of Defendant Hartford Casualty Insurance Company for Summary Judgment be, and the same is hereby DENIED; and it is further

ORDERED that the Motion of Plaintiff, MDB Communications, Inc., for Summary Judgment be, and the same is hereby GRANTED on the grounds that there exists no genuine issue of any material fact and the plaintiff is entitled to summary judgment as a matter of law on the issue of coverage of the policies of insurance between the parties for payment of payment of losses sustained by plaintiff due to employee dishonesty; and it is

further

    ORDERED that summary judgment be entered for plaintiff against defendant on damages due plaintiff under the policies in the amount of $_____ under Policy 1 with a term of July 28, 2003 to July 28, 2004 and in the amount of $_____ under Policy 2 with a term of July 28, 2004 to July 28, 2005.

                                                              Paul L. Friedman, United States District Court Judge

cc:

Roy Niedermayer, Esq.
Paley, Rothman, Goldstein, Rosenberg,
    Eig & Cooper, Chtd.
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814

George E. Reede, Jr., Esq.
Niles, Barton & Wilmer, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD 21202