IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MDB COMMUNICATIONS, INC.,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | Civil Case No.: <u>**05-CV-02131-PLF**</u> |
| **v.** | * | |
| | * | |
| **HARTFORD CASUALTY INSURANCE** | * | |
| **COMPANY,** | * | |
| | * | |
| **Defendant.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibits 1, 2, 3 and 4, which are attachments to Defendant's Motion for Summary Judgment as to Plaintiff's Second Complaint and Opposition to Plaintiff's Motion to Reconsider, Alter, or Amend Court Order of March 28, 2007, filed in this matter, exist only in paper format and are 15 pages or longer. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Respectfully submitted,

Dated: April 30, 2006                               _____/s/_____
                                                                    GEORGE E. REEDE, JR.
                                                                    D.C. Bar No. 43062
                                                                    Niles, Barton & Wilmer, LLP
                                                                    111 S. Calvert St., Suite 1400
                                                                    Baltimore, MD  21202
                                                                    Telephone:  (410)783-6300
                                                                    Fax:  (410)783-6410
                                                                    *Attorney for Defendant*

ND: 4829-9583-5393, v.  1

1