Case 1:05-cv-02131-PLF   Document 35-4   Filed 04/30/2007   Page 1 of 2
DEPOSITION OF CARY HATCH
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

1 (Pages 1 to 4)

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MDB COMMUNICATIONS, INC.,       :
            Plaintiff,           :
    v.                           :  Civil Case No.
                                 :  05-CV-02131-PLF
HARTFORD CASUALTY INSURANCE      :
COMPANY,                         :
            Defendant.           :

Corporate Deposition of
MDB COMMUNICATIONS, INC.
By and Through its Corporate Designee
CARY HATCH
Bethesda, Maryland
Tuesday, February 28, 2006
9:25 a.m.

Job No: 1-73645
Pages 1 - 98
Reported by: Peggy L. Dingle

**Page 2**

Corporate deposition of MDB COMMUNICATIONS, INC., by and through its corporate designee CARY HATCH, held at the law offices of:

PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG,
  EIG & COOPER, CHARTERED
4800 Hampden Lane
Seventh Floor
Bethesda, Maryland 20814
(301) 921-0530

Pursuant to agreement, before Peggy L. Dingle, Notary Public of the State of Maryland.

**Page 3**

APPEARANCES
ON BEHALF OF PLAINTIFF:
    KATHARINE O. PORWICK, ESQUIRE
    Paley, Rothman, Goldstein, Rosenberg,
       Eig & Cooper, Chartered
    4800 Hampden Lane
    Seventh Floor
    Bethesda, Maryland 20814
    (301) 921-0530

ORIGINAL

ON BEHALF OF DEFENDANT:
    LUCINDA E. DAVIS, ESQUIRE
    Niles, Barton & Wilmer, LLP
    111 South Calvert Street
    Suite 1400
    Baltimore, Maryland 21202
    (410) 783-6300

ALSO PRESENT: David Elmore

**Page 4**

CONTENTS
EXAMINATION OF CARY HATCH                        PAGE
    By Ms. Davis                                 5

EXHIBITS
(Attached to the Transcript)
HATCH DEPOSITION EXHIBIT                         PAGE
  1  Notice of deposition                        5
  2  Duties of Ms. Essex                         8
  3  2/8/05 handwritten note                     49
  4  Missing check list                          66
  5  Check images                                66
  6  Proof of loss                               77
  7  Proof of loss                               77

EXHIBIT 5

Page 81

1 other than with The Hartford in regards to insurance
2 coverage or potential coverage for this matter?
3   A   Can you restate that? I am sorry.
4   Q   Yes. Is it your understanding that MDB
5 Communications has only filed a claim with The Hartford
6 for losses from 2003 through 2005 related to this theft?
7   A   That is my understanding.
8   Q   Okay. And that no other claim has been filed
9 with any insurer for losses occurring prior to July 28th,
10 2003?
11   A   No, not at this point.
12   Q   Okay. Does MDB have any plans to file a claim
13 with the prior insurer?
14   A   Not at this time.
15   Q   Okay. Is there any piece of information that
16 MDB is waiting for in regards to making a decision about
17 filing a claim with another insurer?
18   A   Not that I am aware of today.
19   Q   Okay. In regards to the moneys received from
20 Miss Essex, how -- how were those restitution amounts
21 received? What form were those restitution amounts in to
22 MDB?

Page 82

1   A   Describe form.
2   Q   I mean, were they checks, wires, cash? How --
3 what kind of -- how did -- what sort of -- what sort of
4 form did the restitution take?
5   A   They were wires and a check or checks.
6   Q   And what -- what was done with the restitution
7 money received?
8   A   It was deposited into the company account.
9   Q   Is that the operating account?
10   A   I believe so.
11   Q   And who made the decision about where the money
12 should be deposited?
13   A   Carolyn Carter made the recommendation and I
14 agreed with the recommendation.
15   Q   And did she just recommend that the restitution
16 money go into the operating account or did she make other
17 recommendations in regards to the restitution?
18   A   I believe she -- I believe she recommended that
19 it be deposited into the operating account.
20   Q   Did she tell you why?
21   A   No.
22   Q   Or the reason for her recommendation?

Page 83

1   A   I knew the reason for her recommendation.
2 That's the general operating fund of the company and, if
3 we so chose, at any subsequent time we could transfer
4 funds to money market or otherwise.
5   Q   In regards to the theft by Miss Essex, other
6 than yourself and Gary Duke who you mentioned earlier, is
7 there anyone else at MDB who is aware of the theft or who
8 has knowledge concerning the theft?
9   A   Within MDB?
10   Q   Yes.
11   A   Gary Duke has limited knowledge of which I have
12 already shared with you. Other employees were made aware
13 that she is no longer with the firm. HR rules preclude
14 you from really sharing a lot of information with other
15 employees. Other than that, I mean, there is outside
16 counsel and my management advisor. Other than that, not
17 really.
18   Q   Who -- who is your management advisor?
19   A   Karen Kennedy.
20   Q   And what sort of management advice does she
21 provide for MDB?
22   A   She is a former owner of a -- what was a

Page 84

1 well-established advertising agency who successfully sold
2 her company. She provides management advice on everything
3 from new business pitches to human resource management to
4 just a number of issues.
5   Q   Okay.
6   A   I do want to add that I did tell the senior
7 management team that Marilyn had embezzled money. No
8 numbers, no detail, no nothing.
9   Q   Okay. Approximately how many people are on the
10 senior management team?
11   A   Six.
12   Q   And how many employees does MDB Communications
13 have currently?
14   A   About 20.
15   Q   Okay. And is that bigger than it was in 1999?
16   A   Oh, yes.
17   Q   What -- how -- approximately how many employees
18 were there in 1999?
19   A   Gosh, I would be guessing.
20   Q   Under 20?
21   A   Under 20.
22   Q   Okay. Does MDB have a board of directors or a