THE
HARTFORD

May 2, 2005

Paley Rothman
ATTN: Roy Niedermayer
4800 Hampden Lane. 7th Floor
Bethesda, MD 20814-2922

    RE:    Insured:    MDB Communications, Inc.
           Claim No.:   YKB FD 03998
           Date of Loss:  2/7/2005 discovery

Dear Mr Niedermayer:

Thank you for your letter of April 11, 2005 with enclosures. Please provide the following previously requested documentation:

1. Copies of ANY correspondence between the insured and the wrongdoer.

2. A copy of the police report

We note that the allegedly forged checks were drawn on Bank of America. Has any claim been made against Bank of America for allowing the forged signatures to be cashed?

Please note that the per occurrence limit of liability for Employee Dishonesty Coverage is $45,000. The policy defines occurrence as "all loss caused by, or involving, one or more employees, whether the result of a single act or series of acts."

Thank you for your attention to this matter and should you have any questions please contact the undersigned.

Sincerely,

Diane T. Scott
Property Claim Specialist

EXHIBIT 13

Hartford Insurance
P.O. Box 68941
Indianapolis, IN 46268
Telephone 877-230-3084 ext.55044
Facsimile 860-723-4348