

11701 BOWMAN GREEN DRIVE
RESTON, VA 20190
703.796.2200 * FAX 703.796.0729
www.mdd.net

MATSON, DRISCOLL & DAMICO, LLP
Certified Public Accountants

A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS

March 29, 2006

Ms. Lucinda E. Davis
Niles, Barton & Wilmer, LLP
111 S. Calvert Street
Suite 1400
Baltimore, Maryland 21202-6185

**Re:**   **MDB Communications, Inc.**
          Claim No.: YKB FD 04055
          Date of Discovery: February 7, 2005
          Your file No.: 46470-Hart

Dear Ms. Davis:

In accordance with your request, we have reviewed several pertinent financial documents pertaining to the captioned matter in an effort to measure and verify the monetary damages incurred by the insured in this case. Based on this review, we have developed the following narrative as well as the accompanying schedules which detail our analysis. Please review this information and feel free to contact me directly should you have any questions or concerns.

Our review began with an analysis of the documentation provided during our meeting of November 2, 2005. In addition to several correspondences, notes, etc. we were provided with copies of checks involved in the scheme perpetuated by the principal (Ms. Marilyn Essex) in this case. The checks provided at this time were only those involved within the policy periods in effect by The Hartford's insurance policy and reflective of the proofs of loss submitted by the insured ($153,857.47 for the period July 28, 2003 through July 28, 2004 and $76,882.62 for the period July 28, 2004 through July 28, 2005). It is important to note that within the original documentation there were no additional checks supporting any amounts in addition to those identified above.

In addition, to the check copies provided within the original documentation received on November 2, 2005, were documents pertaining to restitution. On February 16, 2005, a promissory note was executed for Ms. Essex to pay $225,000 plus 7% interest per annum as restitution for her actions. Additionally, documentation was provided to support that Ms. Essex had given power of attorney to MDB Communications and Cary Hatch (President of MDB Communications) and has liquidated assets; the proceeds from which were paid to MDB Communications:



EXHIBIT 14



- Sale of Ms. Essex's residence: $225,428.64
- Liquidation of 40(k) funds: $33,532.11
- Consignment sale of diamond earrings: $2,550
- Sale of vehicle to CARMAX: $18,000

As noted in my letter to you dated November 18, 2005 the documentation provided at that point did not clearly represent misappropriations of funds as it was possible that checks were written to Ms. Essex for legitimate reasons (i.e. payroll, expense reimbursement, etc.). Additionally, the checks we had to review were only those pertaining to the policy-periods. As such, I had requested at that time the opportunity to review Ms. Essex's payroll documents as well as additional information to support any legitimate expense reimbursements. Additionally, the restitution amounts documented in the initial documentation (outlined above) were in excess of those dollars identified and supported by check copies initially provided. It was communicated that additional checks existed but had not yet been provided. We requested the opportunity to review all checks involved in this scheme.

Subsequent to the requests outlined in my November 18, 2005 correspondence, we were provided additional documentation on January 3, 2006. Included within this submission were provided the balance of the checks involved in the scheme perpetuated by Ms. Essex. This information enabled us to understand and verify the breadth of the damages sustained by MDB Communications. However, we were not provided any supporting documentation associated with any "normal" expenses due Ms. Essex (i.e. payroll, expense reimbursements, etc.). Again, we advised you verbally that some of the key documentation requested in my original November 18, 2005 letter had not yet been provided.

On March 13, 2006, subsequent to the deposition of Ms. Cary Hatch, President of MDB Communications, we were allowed access to review (at the insured's location) the balance of the requested documentation. This information included but was not limited to:
- Monthly profit and loss statements
- Monthly general ledger details
- Bi-weekly payroll journals

Based on this review, we were able to document, on a sample basis, that the checks written to Ms. Marilyn Essex were a result of a scheme which allowed Ms. Essex to obtain a financial gain. We have documented all checks reported to be involved in this scheme (Schedule 2) and have cross-referenced a sample of these checks to the general ledger detail. The general ledger detail included the identical check number with the identical amount but recognized to a different Payee. Additionally, to the extent the bank account numbers were legible on the check copies, we documented them (Schedule 2). As such, we were able to cross-reference and support that some of the check copies were deposited into the same bank account as Ms. Essex's direct-deposit payroll checks (Schedule 2). This further supported that Ms. Essex was obtaining a financial gain throughout this process.

Per the insured, Ms. Essex's duties included all functions of the bookkeeping process. As such, she would have had access to writing checks, recording those checks to the general ledger and then reconciling those checks to the bank statement. There was not segregation of duties as pertains to the accounting system during Ms. Essex's employ with MDB Communication which would have added to her ability to perpetuate this scheme. It is my understanding through conversations with the insured's representatives, that a segregation of duties has been implemented so as to reduce the likelihood of this type of scheme from occurring again.



We have summarized all the checks provided that were involved in this scheme and itemized those that are specific to the policy periods in effect (Schedule 1). As presented on this schedule, it is reasonable to estimate that the losses sustained by the insured during the policy periods in effect eclipsed the reported $45,000 limit offered by the policy. It should be noted that these amounts are gross in nature and are have not been netted against any restitution generated by the insured as outlined above.

Again, please review this information along with the accompanying schedules and feel free to contact me directly should you have any questions or concerns.

I thank you for your cooperation throughout this matter and appreciate the opportunity to be of service in this regard.

Sincerely,

*[sent electronically]*

David R. Elmore Jr.

NMA: 3/29/2006          Matson, Driscoll & Damico          Schedule 1  Page 1 of 2

**Summary of Loss - Per Policy Periods**
MDB Communications, Inc. - Washington, DC

Source - Schedule 2

| | Check | | | | | Claimed Check | Reviewed Check | | Policy Period Affected | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Ref. No. | Number | Date | Vendor | Recipient's Name | Signer's Name | Amount | Amount | Variance | 1 July 28, 2003 - July 28, 2004 | July 28, 2004 - July 28, 2005 |
| 127 | 4202 | 06/12/99 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | $ 935.80 | $ 935.80 | $ - | | |
| 126 | 4169 | 06/21/99 | MDB Communications, Inc. | Deborah Shearer | Cary Hatch | 1,225.00 | 1,225.00 | - | | |
| 128 | 4217 | 07/27/99 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 1,237.10 | 1,237.10 | - | | |
| 129 | 4232 | 08/09/99 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,606.06 | 3,606.06 | - | | |
| 130 | 4308 | 09/15/99 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 2,150.50 | 2,150.50 | - | | |
| 131 | 4311 | 09/29/99 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 2,305.00 | 2,305.00 | - | | |
| 132 | 4374 | 11/11/99 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,487.68 | 3,487.68 | - | | |
| 133 | 4412 | 11/19/99 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 2,416.80 | 2,416.80 | - | | |
| 134 | 4420 | 11/22/99 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 2,746.88 | 2,746.88 | - | | |
| 135 | 4434 | 12/09/99 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 2,682.50 | 2,682.50 | - | | |
| 136 | 4476 | 12/23/99 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,394.97 | 4,394.97 | - | | |
| | | | Subtotal | | | 27,188.29 | 27,188.29 | - | | |
| 100 | 4518 | 01/14/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,899.79 | 3,899.79 | - | | |
| 101 | 4529 | 02/02/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 2,963.40 | 2,963.40 | - | | |
| 102 | 4553 | 02/17/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,334.78 | 3,334.78 | - | | |
| 103 | 4569 | 03/03/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 2,556.43 | 2,556.43 | - | | |
| 104 | 4571 | 03/15/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 2,432.65 | 2,432.65 | - | | |
| 105 | 5077 | 03/22/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 1,886.47 | 1,886.47 | - | | |
| 106 | 5093 | 04/03/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,559.66 | 3,559.66 | - | | |
| 107 | 5106 | 04/10/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,564.93 | 3,564.93 | - | | |
| 108 | 5107 | 04/10/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 2,867.40 | 2,867.40 | - | | |
| 109 | 5160 | 05/02/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,899.49 | 3,899.49 | - | | |
| 110 | 5216 | 05/22/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,811.69 | 3,811.69 | - | | |
| 111 | 5265 | 06/02/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,773.04 | 3,773.04 | - | | |
| 112 | 5287 | 06/08/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 2,854.30 | 2,854.30 | - | | |
| 113 | 5329 | 06/21/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,224.40 | 3,224.40 | - | | |
| 114 | 5350 | 07/03/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,387.04 | 5,387.04 | - | | |
| 115 | 5399 | 07/17/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,176.55 | 4,176.55 | - | | |
| 116 | 5417 | 08/01/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,689.75 | 3,689.75 | - | | |
| 117 | 5468 | 08/22/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,890.78 | 3,890.78 | - | | |
| 118 | 5493 | 09/12/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,843.26 | 3,843.26 | - | | |
| 119 | 5534 | 09/21/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,834.06 | 4,834.06 | - | | |
| 120 | 5556 | 10/04/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,245.94 | 4,245.94 | - | | |
| 121 | 5588 | 10/19/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,634.85 | 3,634.85 | - | | |
| 122 | 5611 | 11/01/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,456.47 | 5,456.47 | - | | |
| 123 | 5653 | 11/22/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 6,615.61 | 6,615.61 | - | | |
| | | | Subtotal | | | 90,402.74 | 90,402.74 | - | | |
| 124 | 5790 | 12/22/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,813.78 | 4,813.78 | - | | |
| 125 | 5793 | 12/28/00 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,421.10 | 5,421.10 | - | | |
| 79 | 5870 | 02/01/01 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,352.26 | 4,352.26 | - | | |
| 80 | 5903 | 02/20/01 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,416.76 | 5,416.76 | - | | |
| 81 | 5919 | 02/26/01 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 6,516.68 | 6,516.68 | - | | |
| 82 | 5961 | 02/26/01 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,715.45 | 5,715.45 | - | | |
| 83 | 5979 | 03/26/01 | MDB Communications, Inc. | Sprint | Cary Hatch | 219.93 | 219.93 | - | | |
| 84 | 5986 | 03/26/01 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,233.60 | 4,233.60 | - | | |
| 85 | 6014 | 04/05/01 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,922.54 | 3,922.54 | - | | |
| 86 | 6083 | 05/01/01 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,864.17 | 3,864.17 | - | | |
| 87 | 6136 | 05/22/01 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,898.04 | 4,898.04 | - | | |
| | 6166 | 06/06/01 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,995.96 | - | 3,995.96 | | |
| 88 | 6226 | 06/14/01 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,866.12 | 3,866.12 | - | | |
| 89 | 6257 | 07/02/01 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,788.68 | 3,788.68 | - | | |
| 90 | 6287 | 07/13/01 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,794.93 | 4,794.93 | - | | |
| 91 | 6322 | 08/01/01 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,764.23 | 4,764.23 | - | | |
| 92 | 6349 | 08/20/01 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,847.49 | 4,847.49 | - | | |
| 93 | 6370 | 09/04/01 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,455.46 | 4,455.46 | - | | |
| 94 | 6404 | 09/24/01 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,192.07 | 5,192.07 | - | | |
| 95 | 6420 | 10/01/01 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,863.46 | 4,863.46 | - | | |
| 96 | 6454 | 10/23/01 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,714.34 | 4,714.34 | - | | |
| 97 | 6470 | 11/01/01 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,164.66 | 4,164.66 | - | | |
| 98 | 6503 | 11/16/01 | MDB Communications, Inc. | Discover Platinum Card | Cary Hatch | 3,211.08 | 3,211.08 | - | | |
| 99 | 6525 | 12/03/01 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,369.24 | 3,369.24 | - | | |
| | | | Subtotal | | | 105,402.03 | 101,406.07 | 3,995.96 | | |
| 63 | 6556 | 12/19/01 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,104.10 | 4,104.10 | - | | |
| | 6626 | 01/29/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,404.44 | - | 4,404.44 | | |
| 62 | 6599 | 01/03/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,767.09 | 5,767.09 | - | | |
| 64 | 6649 | 02/01/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,843.40 | 3,843.40 | - | | |
| | 6676 | 03/04/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,457.73 | - | 3,457.73 | | |
| 65 | 6678 | 02/25/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,336.10 | 4,336.10 | - | | |
| 66 | 6730 | 03/14/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,939.02 | 3,939.02 | - | | |
| 67 | 6777 | 04/01/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,664.50 | 4,664.50 | - | | |
| | 6753 | 03/28/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 2,221.37 | - | 2,221.37 | | |
| | 6832 | 04/24/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,436.32 | - | 4,436.32 | | |
| 68 | 6843 | 04/24/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 2,755.10 | 2,755.10 | - | | |
| | 6879 | 05/07/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,211.50 | - | 5,211.50 | | |
| 69 | 6894 | 05/16/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,830.10 | 5,830.10 | - | | |
| 70 | 6930 | 05/22/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,755.40 | 4,755.40 | - | | |
| | 6941 | 06/10/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 6,254.15 | - | 6,254.15 | | |
| 71 | 6962 | 06/03/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,374.50 | 5,374.50 | - | | |
| | 6978 | 06/17/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 6,425.15 | - | 6,425.15 | | |
| 72 | 7020 | 06/25/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,559.42 | 4,559.42 | - | | |
| | 7035 | 07/03/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,226.16 | - | 4,226.16 | | |

**Summary of Loss - Per Policy Periods**
MDB Communications, Inc. - Washington, DC

Source - Schedule 2

| Ref. No. | Check Number | Check Date | Vendor | Recipient's Name | Signer's Name | Claimed Check Amount | Reviewed Check Amount | Variance | Policy Period Affected July 28, 2003 - July 28, 2004 | Policy Period Affected July 28, 2004 - July 28, 2005 |
|---|---|---|---|---|---|---|---|---|---|---|
| 73 | 7068 | 07/17/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,948.95 | 5,948.95 | - | | |
| 74 | 7096 | 08/01/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,931.14 | 4,931.14 | - | | |
| | 7129 | 08/27/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,866.19 | - | 4,866.19 | | |
| | 7168 | 09/10/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,773.27 | - | 3,773.27 | | |
| 75 | 7202 | 09/23/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,790.57 | 4,790.57 | - | | |
| 76 | 7218 | 10/01/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,845.10 | 3,845.10 | - | | |
| | 7264 | 10/30/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,877.15 | - | 4,877.15 | | |
| 77 | 7336 | 11/21/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,630.80 | 4,630.80 | - | | |
| | 7364 | 12/05/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 6,887.85 | - | 6,887.85 | | |
| 78 | 7402 | 12/18/02 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,644.16 | 5,644.16 | - | | |
| | | | Subtotal | | | 136,760.73 | 79,719.45 | 57,041.28 | | |
| 35 | 7453 | 01/14/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,544.32 | 5,544.32 | - | | |
| 36 | 7489 | 02/03/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,623.05 | 4,623.05 | - | | |
| 37 | 7507 | 02/21/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 6,617.19 | 6,617.19 | - | | |
| 38 | 7535 | 03/03/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,864.43 | 5,864.43 | - | | |
| 42 | 8040 | 03/18/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,872.92 | 4,872.92 | - | | |
| 43 | 8067 | 04/01/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,580.18 | 4,580.18 | - | | |
| 44 | 8116 | 04/18/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,970.50 | 5,970.50 | - | | |
| 45 | 8139 | 05/01/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,841.97 | 5,841.97 | - | | |
| 46 | 8171 | 05/15/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,850.04 | 5,850.04 | - | | |
| 39 | 8176 | 06/02/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 6,760.40 | 6,760.40 | - | | |
| 40 | 8264 | 06/25/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,705.31 | 5,705.31 | - | | |
| 41 | 8265 | 07/01/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,655.24 | 5,655.24 | - | | |
| 60 | 8290 | 07/23/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,541.10 | 4,541.10 | - | | |
| 59 | 8330 | 08/01/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,757.63 | 4,757.63 | - | $ 4,757.63 | |
| 58 | 8347 | 08/12/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,255.49 | 4,255.49 | - | 4,255.49 | |
| 57 | 8351 | 08/25/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,369.49 | 3,369.49 | - | 3,369.49 | |
| 55 | 8395 | 09/04/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,114.61 | 4,114.61 | - | 4,114.61 | |
| 56 | 8484 | 09/24/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,920.82 | 5,920.82 | - | 5,920.82 | |
| 53 | 8501 | 10/01/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,679.84 | 3,679.84 | - | 3,679.84 | |
| 54 | 8520 | 10/20/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,455.10 | 3,455.10 | - | 3,455.10 | |
| 52 | 8549 | 10/22/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,397.84 | 4,397.84 | - | 4,397.84 | |
| 51 | 8606 | 11/03/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,313.31 | 4,313.31 | - | 4,313.31 | |
| 50 | 8637 | 11/18/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 6,493.74 | 6,493.74 | - | 6,493.74 | |
| 49 | 8649 | 11/24/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,565.10 | 3,565.10 | - | 3,565.10 | |
| 48 | 8661 | 12/01/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,255.00 | 4,255.00 | - | 4,255.00 | |
| 47 | 8718 | 12/18/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 6,813.86 | 6,813.86 | - | 6,813.86 | |
| | | | Subtotal | | | 131,818.48 | 131,818.48 | - | | |
| 61 | 8751 | 12/30/03 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,957.45 | 3,957.45 | - | 3,957.45 | |
| 5 | 8766 | 01/15/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 6,294.24 | 6,294.24 | - | 6,294.24 | |
| 6 | 8788 | 01/27/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,687.95 | 5,687.95 | - | 5,687.95 | |
| 7 | 8817 | 02/02/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,382.11 | 5,382.11 | - | 5,382.11 | |
| 8 | 8822 | 02/12/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,482.22 | 3,482.22 | - | 3,482.22 | |
| 9 | 8861 | 02/20/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,915.15 | 4,915.15 | - | 4,915.15 | |
| 10 | 8897 | 03/01/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,676.14 | 4,676.14 | - | 4,676.14 | |
| 11 | 8903 | 03/08/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,844.10 | 3,844.10 | - | 3,844.10 | |
| 12 | 8975 | 03/12/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,400.36 | 3,400.36 | - | 3,400.36 | |
| 13 | 8992 | 04/01/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,733.10 | 4,733.10 | - | 4,733.10 | |
| 14 | 8999 | 04/12/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,910.00 | 3,910.00 | - | 3,910.00 | |
| 15 | 9031 | 04/20/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,693.32 | 5,693.32 | - | 5,693.32 | |
| 16 | 9070 | 05/01/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,119.49 | 4,119.49 | - | 4,119.49 | |
| 17 | 9079 | 05/12/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,455.10 | 3,455.10 | - | 3,455.10 | |
| 18 | 9113 | 05/20/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,560.55 | 5,560.55 | - | 5,560.55 | |
| 19 | 9126 | 05/28/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,384.14 | 5,384.14 | - | 5,384.14 | |
| 20 | 9175 | 06/16/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,178.46 | 4,178.46 | - | 4,178.46 | |
| 21 | 9181 | 06/28/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,795.57 | 5,795.57 | - | 5,795.57 | |
| 22 | 9265 | 07/13/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,455.09 | 5,455.09 | - | 5,455.09 | |
| 23 | 9293 | 07/29/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,914.58 | 3,914.58 | - | | $ 3,914.58 |
| 24 | 9358 | 08/09/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,968.76 | 3,968.76 | - | | 3,968.76 |
| 25 | 9367 | 08/30/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,911.15 | 4,911.15 | - | | 4,911.15 |
| 26 | 9425 | 09/21/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 6,787.88 | 6,787.88 | - | | 6,787.88 |
| 27 | 9458 | 10/01/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,757.55 | 4,757.55 | - | | 4,757.55 |
| 28 | 9485 | 10/14/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,573.68 | 4,573.68 | - | | 4,573.68 |
| 176 | 9523 | 10/26/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,953.07 | 3,953.07 | - | | 3,953.07 |
| 30 | 9545 | 11/01/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,578.10 | 4,578.10 | - | | 4,578.10 |
| 31 | 9557 | 11/09/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,654.14 | 4,654.14 | - | | 4,654.14 |
| 32 | 9598 | 11/22/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,774.10 | 5,774.10 | - | | 5,774.10 |
| 33 | 9603 | 12/01/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,654.19 | 3,654.19 | - | | 3,654.19 |
| 181 | 9642 | 12/06/04 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,760.10 | 3,760.10 | - | | 3,760.10 |
| | | | Subtotal | | | 145,211.84 | 145,211.84 | - | | |
| 4 | 9743 | 01/03/05 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 7,546.15 | 7,546.15 | - | | 7,546.15 |
| 3 | 9764 | 01/13/05 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,976.10 | 4,976.10 | - | | 4,976.10 |
| 2 | 9791 | 01/21/05 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 5,395.97 | 5,395.97 | - | | 5,395.97 |
| 1 | 9834 | 02/01/05 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 3,677.10 | 3,677.10 | - | | 3,677.10 |
| 175 | 9485 | 10/14/05 | MDB Communications, Inc. | Marilyn M. Essex | Cary Hatch | 4,573.68 | 4,573.68 | - | | 4,573.68 |
| | | | Subtotal | | | 26,169.00 | 26,169.00 | - | | |
| | | | **Grand Total** | | | $ 662,953.11 | $ 601,915.87 | $ 61,037.24 | $ 149,316.37 | $ 81,456.30 |
| | | | Policy Limit | | | | | | $ 45,000.00 | $ 45,000.00 |