IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MDB COMMUNICATIONS, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Case No.: <u>05-CV-02131-PLF</u> |
| v. | * | |
| | * | |
| HARTFORD CASUALTY INSURANCE | * | |
| COMPANY, | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

Upon consideration of Defendant Hartford Casualty Insurance Company's Motion for Summary Judgment as to Plaintiff's Second Complaint and Opposition to Plaintiff's Motion to Reconsider, Alter, or Amend Court Order of March 28, 2007, and any response thereto, it is this _____ day of _____, 2007, hereby

ORDERED, that Defendant's motion is GRANTED; and further

ORDERED that summary judgment shall be entered in favor of Defendant Hartford Casualty Insurance Company as to Plaintiff's Second Complaint; and further

ORDERED that Plaintiff's Motion to Reconsider, Alter, or Amend Court Order of March 28, 2007 is DENIED.

_____
PAUL L. FRIEDMAN
United States District Judge

cc:

Roy I. Niedermayer, Esquire
Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chtd.
4800 Hampden Ln., 7th Floor
Bethesda, MD  20814

George E. Reede, Jr., Esquire
Niles, Barton & Wilmer, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD  21202

ND: 4829-3285-3505, v. 1