**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING A LENGTHY EXHIBIT**

Exhibit 2 attached to Plaintiff's Reply Memorandum in Support of its Motion to Reconsider, Alter, or Amend the Court Order of March 28, 2007 and filed in this matter exists only in paper form and is 15 pages or longer. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG,
EIG & COOPER, CHTD.

By: _____
   Roy J. Niedermayer, Esq. #180380
   Katharine O. Porwick, Esq. # 502043

4800 Hampden Lane, 7th Floor
Bethesda, Maryland 20814
Telephone: (301) 951-4456

Attorneys for Plaintiff

PALEY, ROTHMAN
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301)654-7354