**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**ERRATA SHEET FOR**
**REPLY MEMORANDUM OF MDB COMMUNICATIONS, INC.**
**IN SUPPORT OF MOTION TO RECONSIDER, ALTER, OR AMEND**
**THE COURT ORDER OF MARCH 28, 2007**

Plaintiff, MDB Communications, Inc. submits this Errata Sheet to correct an inadvertent submission and misnumbering of exhibits to its Reply Memorandum as follows:

1. WITHDRAW Exhibit 2 previously attached to the Reply Memorandum.

2. RENUMBER previously-filed Exhibit 3 (Notice of Filing a Lengthy Exhibit) as Exhibit 2 to the Reply Memorandum.

> PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER, CHTD.
>
> By: /s/ Roy Niedermayer
>    Roy Niedermayer, Esq. #1526
>
> 4800 Hampden Lane, 7th Floor
> Bethesda, MD 20814
> Telephone: (301) 951-4456
>
> Attorney for Plaintiff

PALEY, ROTHMAN
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354