IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MDB COMMUNICATIONS, INC.,** | * |
| | * |
| Plaintiff, | * |
| | * |
| | *   Civil Case No.: **05-CV-02131-PLF** |
| v. | * |
| | * |
| **HARTFORD CASUALTY INSURANCE** | * |
| **COMPANY,** | * |
| | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY
IN FURTHER SUPPORT OF DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT AS TO PLAINTIFF'S SECOND COMPLAINT**

Counsel for Defendant, Hartford Casualty Insurance Company ("Hartford"), hereby moves for a one week extension of time to file a Reply in further support of its Motion for Summary Judgment as to Plaintiff's Second Complaint, making the new deadline, Friday May 25, 2007. Counsel for Defendant Hartford has been in China for the past two weeks for an adoption. Counsel for Defendant Hartford has spoken with Counsel for the Plaintiff and Counsel for the Plaintiff has consented to the one week extension of time making the new deadline, Friday May 25, 2007.

WHEREFORE, due to counsel's unavailability, Defendant respectfully requests this Honorable Court grant this one week extension of time to file a Reply in further support of its Motion for Summary Judgment.

        Respectfully submitted,

        _____/s/_____
        GEORGE E. REEDE, JR., Bar No. 43062
        Niles, Barton & Wilmer, LLP
        111 S. Calvert St., Suite 1400
        Baltimore, MD  21202
        Telephone:  (410)783-6300
        *Attorney for the Defendant*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this __18th__ day of May 2007, a copy of the foregoing Consent Motion for Extension of Time to File Reply in Further Support of its Motion for Summary Judgment as to Plaintiff's Second Complaint was served via electronic transmission upon:

  Roy I. Niedermayer, Esquire
  Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chtd.
  4800 Hampden Ln., 7th Floor
  Bethesda, MD  20814
  *Attorney for Plaintiff*

        _____/s/_____
        GEORGE E. REEDE, JR., Bar No. 43062

ND: 4811-9484-2369, v.  1