**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MDB COMMUNICATIONS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-02131-PLF |
| ) | |
| HARTFORD CASUALTY INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION TO SEAL RECORD AND LIMIT GENERAL PUBLIC INTERNET WEB SEARCH ENGINE ACCESS AND ELECTRONIC ACCESS TO PROPRIETARY INFORMATION**

Plaintiff, MDB Communications, Inc., by and through its counsel, Roy I. Niedermayer, Katharine O. Porwick, and Paley, Rothman, Goldstein, Rosenberg, Eig and Cooper, Chartered, moves this Court to seal the Court record in this and the consolidated Civil no. 06-0604 by preventing general public Internet web search engine access and limiting certain electronic access to plaintiff's proprietary financial information. The grounds and basis for this Motion are as follows:

1.     The pleadings, summary judgment cross-motions, summary judgment memoranda, and exhibits in support of the motions for summary judgment contain proprietary financial information of plaintiff related to its financial condition and practices.

2.     Recently, plaintiff has discovered by an Internet search using the web search engine Google, a common search engine used by the public, that the Court's March 28, 2007 opinion and other documents filed with the Court are available to the general public with a very low threshold of access barriers.

3.     These pleadings and submissions discoverable on the Internet contain

financial information regarding the timing and exact amount of losses sustained by plaintiff from 1999 through 2005. The financial information is not of general public interest, nor does it bear on the legal principles or analysis of the Court in reaching its decision for which the public might seek guidance, especially since plaintiff is a private enterprise and the matters at issue involves a private insurance contract dispute between the parties where the magnitude of the losses do not bear on the decision.

4.      Plaintiff has learned that its potential competitors and clients have discovered and used this information unfairly to compete with plaintiff, or adversely represent plaintiff to prospective customers and employees.

5.      Plaintiff has no objection to lawyers, Court personnel, or the public having access to this information through review of the Court files at the Courthouse or by formal electronic or other legal research methods. The plaintiff has no objection to the publishing of the Court's opinion in legal reporting services or legal research databases, but was unaware that the information was readily available to the public at large without any legitimate purpose, need, or threshold effort affirmatively to seek out the information.

6.      Plaintiff does not seek to seal access to the record in the manners described in paragraph 5.

7.      Immediate Internet access through Google and similar search engines, however, has no superior public purpose which outweighs the detriment to plaintiff's business, and plaintiff is not seeking to prevent necessary access to the Court's opinions by parties with legitimate legal purposes seeking guidance on the interpretation of insurance contracts under facts other than the financial condition of plaintiff.

8.      Plaintiff has already received adverse publicity and inquiries from competitors and the general public based on its financial information included in the record of this case.

WHEREFORE, plaintiff prays that the Court order the clerk to seal the record in a manner that prevents future general public Internet web search engine access to plaintiff's proprietary financial information contained in the pleadings by removing Internet web search engine and electronic access to the pleadings containing financial information and removing the pleadings from the Internet by withdrawing their publication and electronic access except through the Court's electronic filing system or the Pacer system, or to electronic or printed legal research systems.

> PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER, CHTD.
>
> By: *(signature)*
> Roy Niedermayer, Esq. #180380
> Katharine O. Porwick, *pro hac vice*
>
> 4800 Hampden Lane, 7th Floor
> Bethesda, MD 20814
> Telephone: (301) 951-4456
>
> Attorneys for Plaintiff