**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Motion of Plaintiff to Seal Record and Prevent General Public Internet Web Search Engine Access to Proprietary Information, it is this _____ day of _____, 2007 by the United States District Court for the District of Columbia,

ORDERED that the Motion of Plaintiff to Seal Record and Prevent General Public Internet Web Search Engine Access to Proprietary Information be, and it hereby is GRANTED; and it is further

ORDERED that the Clerk of Court shall cause this file and the file in consolidated case 06-0604 and their contents to be sealed in a manner such that Internet access through web search engines cannot gain access to plaintiff's proprietary financial information contained in the pleadings and that the Clerk of Court prevent future publications or release by the Court of any pleadings containing financial information to the Internet by withdrawing their publication and access, but that the file shall not be otherwise sealed for review through the Court's electronic filing system or the Pacer system, or to electronic or printed legal research systems.

                                                                                Paul L. Friedman
                                                                                United States District Court Judge