F:\USERS\RIN\Client Matters\MDB Comm-Ins\Pleadings-Federal Case\Motions\Final Memo in support of Motion to seal record 061907.wpd