**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MDB COMMUNICATIONS, INC.        )
                                           )
                Plaintiff,        )
                                           )
v.                                       )  Civil No. 05-CV-02131-PLF
                                         )
HARTFORD CASUALTY INSURANCE COMPANY  )
                                         )
                Defendant.     )

**<u>NOTICE OF FILING LENGTHY EXHIBIT</u>**

Exhibit 1 attached to Plaintiff's Motion to Seal Limited Portions of the Record by Redaction is 15 pages or longer.  It will be filed with the Clerk's Office in paper format.

Included in Exhibit 1 are redacted copies fo the following documents:

1.    MDB's Complaint for Damages.

2.    Hartford's Notice of Removal to the United States District Court for the District of Columbia.

3.    Hartford's Answer to Complaint.

4.    Plaintiff's Motion for Leave to File First Amended Complaint or, in the Alternative, to Consolidate Cases.

5.    MDB's Amended Complaint for Damages.

6.    Hartford's Motion for Summary Judgment.

7.    MDB's Motion for Summary Judgment.

8.    MDB's Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment.

9.    Hartford's Reply in Further Support of Its Motion for Summary Judgment.

10.    Court Opinion of March 28, 2007.

11.    MDB's Motion to Reconsider, Alter or Amend Court Order of March 28, 2007.

12.    Hartford's Motion for Summary Judgment as to Plaintiff's Second Complaint and Opposition to Plaintiff's Motion to Reconsider, Alter or Amend Court Order of March 28, 2007.

13.     MDB's Memorandum in Support of Motion to Reconsider, Alter, or Amend the Court Order of March 28, 2007.

14.     MDB's Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment on Plaintiff's Second Complaint.

15.     Hartford's Reply in Further Support of Defendant's Motion for Summary Judgment as to Plaintiff's Second Complaint.

I certify within 24 hours of the filing of this Notice on June 19, 2007, I will file and serve paper copies of the documents identified above to the Court and opposing parties.

PALEY, ROTHMAN, GOLDSTEIN,
ROSENBERG, EIG & COOPER, CHARTERED

By:     _____
        Roy I. Niedermayer, Esq., #180380
        Katharine O. Porwick, Esq., # 502043

4800 Hampden Lane, 7th Floor
Bethesda, Maryland 20814
(301) 951-9338
(301) 654-7354 (fax)

Attorneys for Plaintiff