**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MDB COMMUNICATIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-CV-02131-PLF |
| | ) |
| HARTFORD CASUALTY INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**ORDER TO SEAL LIMITED PORTIONS OF RECORD BY REDACTION**

Upon consideration of Plaintiff's Motion to Seal Limited Portions of the Record by Redaction, it is this _____ day of _____, 2007 by the United States District Court for the District of Columbia,

ORDERED that the Motion to Seal Limited Portions of the Record by Redaction be, and it hereby is GRANTED; and it is further

ORDERED that the Clerk of Court shall cause the pleadings, motions, memoranda, and the Court's opinion in this file and the file in consolidated Civil no. 06-0604 to be sealed and only the redacted versions of these pleadings, motions, memoranda, and the Court's opinion be made available to the public through Internet access by web search engines, the Court's electronic filing system (ECF) or Pacer system, or electronic or printed legal research systems.

```
                                        _____
                                        Paul L. Friedman
                                        United States District Court Judge
```