## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MDB COMMUNICATIONS, INC.                    )
                                            )
                        Plaintiff,          )
                                            )
v.                                          )  Civil No. 05-CV-02131-PLF
                                            )
HARTFORD CASUALTY INSURANCE COMPANY         )
                                            )
                        Defendant.          )

### WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Katharine O. Porwick as *pro hac vice* counsel for Plaintiff, MDB Communications, Inc. Roy I. Niedermayer and Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chartered will continue to represent Plaintiff in this matter.

PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER, CHTD.

By:_____

Roy Niedermayer, Esq. Bar #180380
Katharine O. Porwick, Esq.

4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Telephone: (301) 951-4456

Attorneys for Plaintiff

PALEY, ROTHMAN,
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354