UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDB COMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2131 (PLF) |
| ) | |
| HARTFORD CASUALTY INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| MDB COMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0604 (PLF) |
| ) | |
| HARTFORD CASUALTY INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER AND JUDGMENT

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendant's motion for summary judgment on the claims in Civil Action No. 06-0604 [35] is GRANTED; it is

FURTHER ORDERED that plaintiff's motion to reconsider, alter or amend the Court Order of March 28, 2007 on the claims in Civil Action No. 05-2131 [34] is DENIED; it is

FURTHER ORDERED that JUDGMENT is entered for defendant on all claims in each of these consolidated cases; and it is

FURTHER ORDERED that the Clerk shall remove these cases from the docket of the Court.  This is a final appealable order.  See Fed. R. App. P. 4.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  January 24, 2008